DANIEL G. KNAUSS
United States Attorney
District of Arizona

JILL L. HIRNEISEN
Assistant U.S. Attorney
AZ State Bar 021822
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
E-Mail: jill.hirneisen@usdoj.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl J. Riley,<br><br>    Plaintiff,<br><br>    v.<br><br>Dirk Kempthorne, Secretary, United States Department of Interior,<br><br>    Defendants. | CIV-06-2160-PHX-SRB<br><br>**NOTICE OF DEPOSITION** |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 26 and 30, the United States of America will take the deposition of **Cheryl J. Riley**, on **November 16, 2007**, at **10:00 a.m**., at the Office of the United States Attorney, Two Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix, Arizona 85004-4408.

Respectfully submitted this 8th day of November, 2007.

                                            DANIEL G. KNAUSS
                                            United States Attorney
                                            District of Arizona

                                            s/Jill L. Hirneisen

                                            _____
                                            JILL L. HIRNEISEN
                                            Assistant U.S. Attorney

## CERTIFICATION

I hereby certify that on November 8, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John A. Conley
James Burr Shields, II
W. Blake Simms
Law Office of James Burr Shields, P.C.
382 E. Palm Lane
Phoenix, Arizona 85004-1531

　　　s/N. Stotler

_____