**EXHIBIT "A"**

1  **Law Office of James Burr Shields**
   **382 East Palm Lane**
2  **Phoenix, Arizona 85004-1531**
   **(602) 307-0780 (Office)**
3  **(602) 307–0784 (Facsimile)**

4  James Burr Shields II, State Bar #011711
   John A. Conley, State Bar #016429
5  W. Blake Simms, State Bar #021595
   Attorneys for Plaintiff

6

7                  **IN THE UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF ARIZONA**

9  Cheryl J. Riley,                    )
                                       )    Case No. CV06-2160-PHX-SRB
10                      Plaintiff,     )
                                       )    **AFFIDAVIT OF CHERYL RILEY**
11 vs.                                 )
                                       )
12 Dirk Kempthorne,                    )
   Secretary, United States           )
13 Department of the Interior,         )
                                       )
14                      Defendant.     )
   ────────────────────────────────────)

15

16 STATE OF ARIZONA        )
                           ) ss.
17 County of Yuma          )

18        I, Cheryl J. Riley, being first duly sworn, depose and state as follows:

19        1.      I am competent to testify as a witness at trial. I have firsthand knowledge of

20 the information contained in this affidavit. If I were called to testify at trial, I would make

21 substantially the same statements as those contained herein.

22        2.      I am a Native American female. I began my career working for the United

23 States Bureau of Reclamation in August 2000. I was hired as a GS-4 park ranger-natural

24 resource technician for the Lake Berryessa Field Office in Napa, California. In May 2001,

25 I was appointed to lead park ranger-lead natural resource technician, with promotion to GS-5

26 effective September 2001. In November 2002, I was certified as a biologist by the Office of

27 Personnel Management applied for and accepted a position as a Natural Resource Specialist

28 with promotion to GS-7 relocating to the Bureau of Reclamation Upper Columbia Area

Office in Yakima, Washington. In April of 2004, I accepted a promotion to GS-9 Natural Resource Specialist, also a certified biologist position and relocated to the Bureau of Reclamation Yuma Area Office in Yuma, Arizona.

3.      For each job application I completed a Department of Labor Form DL-1935, *Applicant Background Survey* in which I declared my race as American Indian.

4.      I hold a Bachelor of Social Science degree in Natural Resource Management from Washington State University in Pullman, Washington.

5.      I was terminated from employment in Federal service by my supervisor, Thayer Broili, effective April 29, 2005. The stated reason for my removal from employment was my inability to perform the essential functions of my position due to my being disabled.

6.      During my tenure as lead ranger with the Bureau of Reclamation I was considered the team leader. My duties included: recruiting job applicants, participating in interviews, recommendations to management to hire, job training, daily task assignment and oversight, input on performance evaluations with appropriate recommendations to management, and recommendations to management to terminate employment.

7.      During my lead ranger tenure, Management terminated one employee on my recommendation as the team leader.

8.      As lead ranger tenure I worked with various groups of Federal employees including construction crews, maintenance, management, military, scientists, and part-time students.

9.      The majority of the people I worked with on a daily basis were men. There were no problems with camaraderie, jokes, and bantering. I never made an EEO complaint prior to transferring to the Bureau of Reclamation, Yuma Area Office.

10.      During the time I held that position until November 2002, I earned "Achieved" performance ratings on my Performance Evaluations and special awards for exemplary duty to my country with special recognition for saving the United States more than $10,000.00 through extra service work performance. I coordinated the security of the dam above an Air Force Base following the events of 9/11/01.

-2-

11.     During my tenure as natural resource specialist at the Upper Columbia Area Office, I received extensive training in National Environmental Policy Act (NEPA), Cultural Resources and Historical Preservation Act (CRHPA), Endangered Species Act (ESA), some Clean Water Act, and other various Congressional Acts and Executive Order compliance regulations. My duties involved investigating, researching, and writing NEPA and CRHPA compliance documents including categorical exclusions and environmental assessments. I was a team player in formulating dryland and wetland habitat reconstruction. I often worked with construction crews as primary point of contact organizing necessary riparian habitat restoration because of my expertise in plant ecology.

12.     Plaintiff's promotion included fully paid relocation expenses from Yakima, Washington to Yuma, Arizona, including one month's storage and one month temporary quarters. In mid-March 2004, I interviewed in person for a natural resource specialist position at the Bureau of Reclamation Yuma Area Office with Thayer Broili who was Environmental Group Manager. During my interview I asked who would be my supervisor. Thayer Broili told me he would be my supervisor if I was hired.

13.     At this interview, Thayer Broili explained he was setting up a new environmental team to perform National Environmental Policy Act work and permit compliance.  There were two teams in the group; the NEPA team and the Hazardous Materials ("HazMat") team. I was told if selected I would work on the NEPA team.  He said there were currently two men on the team and two open GS-9 natural resource positions. I was introduced to both men on the team, Julian DeSantiago and Rex Wahl.  Resource Management Office Director Cindy Hoeft also attended part of my interview. Ms. Hoeft was the Office Director during the entire time I was employed by the Yuma Area Office.

14.     During my interview I asked if career enhancement training would be available. Thayer Broili told me yes. I also asked Thayer Broili if an advanced education program would be available. Thayer Broili told me he would approve whatever training or education I wanted providing it was available after I was hired.

15.     During my interview I asked Thayer Broili if this position would be an office

- 3 -

1 | job or if I'd have to work in the field. I wanted an office job.  He said it would be an office
2 | job.

3 |      16.    I was offered and accepted the natural resource specialist position. At the time
4 | I was hired, I was provided full relocation and travel expenses from Yakima, Washington to
5 | Yuma, Arizona.

6 |      17.    On the morning of my first day of work at the Yuma Area Office, April 26,
7 | 2004, I was taken to the Resource Management Office Director Cindy Hoeft's office after
8 | new employee processing. Cindy Hoeft told me she was assigning me to be the manager of
9 | the salvinia program, and described the program to me saying it was the number-one high
10 | priority project that she was spending too much time on and she needed someone to take it
11 | over so she could work on other projects. Salvinia is an invasive, aquatic weed. It's removal
12 | from the Colorado River was necessary to ensure it did not prevent the free flow of the river
13 | water. Cindy told me she wanted me to get "up-to-speed" as quickly as possible and to use
14 | as much overtime as I needed or wanted to get there. She told me I was to write an important
15 | permit needed for the salvinia project but regulations were still being decided by the
16 | California water board so they didn't know what all would be involved with it yet. Cindy
17 | told me she wanted me to be the Yuma Area Office representative on the Salvinia Task Force
18 | Steering Committee. Cindy also told me I would be in charge of the Integrated Pest
19 | Management Program once the salvinia program was going smoothly but salvinia was the
20 | first highest-priority. Cindy told me others would be assigned to help me with the work
21 | involved. Cindy also told me I would be the person named to represent the Yuma Area
22 | Office on the Multi-Species Conservation Program once it got going but, only after the
23 | salvinia program.

24 |      18.    Cindy took me to the Monday morning manager's meeting upstairs in
25 | conference room-258 and introduced me to the managers as the new salvinia program
26 | manager who would take over the salvinia efforts. The group applauded and thanked me for
27 | coming to work there.

28 |      19.    After introductions, I left the meeting and met with my supervisor, Thayer

1   Broili at his office where he also assigned me to be the salvinia program manager and

2   reiterated what Cindy Hoeft had told me; that I would be the Integrated Pest Management

3   Program manager, and representative for the Multi-Species Conservation Program and other

4   projects as he chose to assign after the salvinia permit was done.

5       20.     Thayer wrote on his whiteboard the breakdown of employees and their GS

6   levels in the environmental group and described their respective duties. Thayer told me that

7   Julian DeSantiago worked primarily on CE's (categorical exclusions), 401 and 404 (Clean

8   Water Act) permits and Rex performed more upper level Biological Opinion/Evaluation

9   work and oversight on environmental assessments the contractor was doing, among other

10  things. Thayer told me he would like me to have some input on Julian DeSantiago's work

11  because I had more experience writing Environmental Assessments and we could share

12  information on Clean Water Act provisions when the subject came up. Thayer also told me

13  that Julian had been there the longest and would be the person to show me the area and he

14  wanted me to get to know the resource area (geographically) as soon as possible.

15      21.     Thayer told me that Cindy wanted him to have people help me with the permit

16  I needed to construct so he would assign Rex Wahl and the contractor, Kim Maloney, to do

17  this because they had worked on salvinia some already so had information I would need.

18      22.     Thayer told me to use whatever overtime hours I needed to get the project

19  done.

20      23.     Thayer took me to the environmental group workroom walked me to each

21  cubicle and introduced me to my new coworkers.

22      24.     While introducing me to Kim Maloney, Thayer told her he was assigning her

23  to assist me with the NPDES (national pollutant discharge elimination system) permit. While

24  at her cubicle Thayer called Rex Wahl over from his cubicle. Thayer told both Rex Wahl

25  and Kim Maloney "Cindy just named Cheryl the program manager for salvinia." "She'll be

26  taking over all the salvinia stuff overall but for now she's responsible for writing the NPDES

27  permit." "Kim, Rex I want you both to give Cheryl all the help she needs, whatever it takes,

28  to get the permit done, it's highest priority." Rex said "well, what a surprise." Kim said

- 5 -

1  "okay."

2      25.    Thayer showed me to the cubicle he had assigned to me next to Rex Wahl.

3      26.    Thayer called a staff meeting that afternoon the same day. The entire staff was

4  present: Ron Curiel, Rex Wahl, Janice Hellen, Julian DeSantiago, Thayer, and me. The

5  contractor Kim Maloney also attended. Thayer announced to everyone that I was the Salvinia

6  Program manager and Integrated Pest Management Program manager.  Thayer also said I

7  would be in charge of the MSCP down the road but not until the salvinia was done.  Thayer

8  said that I would also eventually support NEPA projects but not until after the salvinia was

9  done.  Salvinia was my highest priority.

10     27.    The Yuma Area Manager, Jim Cherry, stopped me in the hall and personally

11  thanked me for coming to Yuma and taking over the salvinia program.  He said he would be

12  happy now that Cindy would be freed up to do other work. He assured me that I had his full

13  support behind me.

14     28.    I was thrilled at being given an entry-level management assignment like this.

15  It would be an excellent professional career enhancement for me.  I was excited by the

16  prospect of focusing on an exciting project and developing the entire program.  Just my type

17  of work.

18     29.    I attended the Salvinia Task Force Steering Committee conference call with

19  Cindy. No one else from the environmental group attended.  During this conference call,

20  Cindy introduced me to the task force members that I was taking over the salvinia program

21  and writing the NPDES permit and whatever else would be needed.  Cindy Hoeft directed

22  me to set up and facilitate a meeting between myself, Rex Wahl, Dave Sisneros a member

23  of Denver Technical Services, and Kim Maloney.  We needed to get going on approving

24  copper carbonate as a pesticide.

25     30.    Cindy directed me to get involved with the Salvinia Environmental Assessment

26  doing a review and comment for changes I thought would be necessary.

27     31.    May 3, 2004, I stopped by Thayer to discuss the training and education we had

28  discussed during my interview.  Thayer told me to put together a list of what I wanted and

1   he would get me whatever training he could.

2        32.    I asked Thayer if he would approve me for Reclamation's SMART (tuition
3   assistance) program so I could get my master's degree. He said yes.

4        33.    On May 4, 2004, Thayer assigned to me the Dike-4 Recharge project.

5        34.    On May 4, 2004, Julian DeSantiago gave me the Dike-4 Recharge project's
6   files and explained it.

7        35.    On May 4, 2004, I asked Rex Wahl to help with locating the information on
8   the Colorado River water intakes needed for the NPDES permit. Rex did not respond.

9        36.    May 5, 2004, Julian DeSantiago gave me the Multi-Species Conservation
10  Program files and Ron Curiel gave me the Integrated Pest Management Program binder and
11  files.

12       37.    May 7, 2004, the last day of the meetings Rex kept trying to take over the
13  meeting. He seemed to not like that Cindy came and spoke with me only and he tried to take
14  over control of briefing the meeting acting like I wasn't there. I briefed Cindy on the salvinia
15  pesticide meetings. There were problems between Rex and Dave Sisneros. She told me "Get
16  them on the same page." "You are in charge of this program," "You are responsible for
17  getting this permit completed." "Our goal is to start spraying the salvinia as soon as
18  possible."

19       38.    I asked and Cindy told me she would approve me to get my master's degree
20  through the SMART program.

21       39.    Cindy had me sit in with her on conference call with U.S. Attorney (Moeny).
22  No one else from the environmental group was present during this call.

23       40.    I attended multi-interagency meeting on spraying salvinia with assistant area
24  manager Don Young.

25       41.    May 13, 2004, Thayer directed me go with Julian DeSantiago to Telegraph
26  Pass on construction site project for the categorical exclusion he was writing. Thayer said
27  to get to know the area and provide input on the CE because I had experience in this area of
28  work.

42.    Cindy ordered me to attend the California Water Quality Control Board National Pesticide Discharge Elimination System hearings in Sacramento, California regarding the 9th Circuit Court's *Talent* decision. I was Reclamation's only representative there.

43.    May 21, 2004, I received compliments from Thayer who said he was happy to see me, that I was doing a great job and he was happy I'd come there to work for him.

44.    May 21, 2004, I asked Thayer's approval for appointment to the SDISC (Sonoran Desert Invasive Species Council). Thayer said, yes.

45.    May 23, 2004, I asked Rex to discuss salvinia permit. He refused saying "It is a salvinia free day, I do not discuss salvinia on salvinia free days."

46.    May 23, 2004, Rick Strahan invited me to join him, Thayer, Rex Wahl, Kim Kirkland, Peggy Haren, and anyone else at the Shiloh Inn in Yuma for a social get together on Thursday the 27th.

47.    May 25, 2004, During a social dinner with Thayer, Jack Simes, Julian DeSantiago, and Rick Strahan there was discussion where I answered questions my about myself that led to my revealing that I am part Native American and formerly lived on the Colville Indian Reservation in Northeast Washington State. I saw Thayer frowning and staring at me coldly and angrily. I was shocked and disturbed at the way he was looking at me. Thayer kept staring at me off and on the rest of the evening without talking to me again.

48.    May 26, 2004, on the way back to Yuma, Thayer did not speak to me the entire way. This was totally different from the trip to Henderson when there was friendly talking back and forth.

49.    May 27, 2004, Rick Strahan stopped by to say they weren't getting together this evening after all. I found out later that they did get together. I, apparently, was uninvited.

50.    Rex recommended to me using California Department of Boating and Waterways EIR for our salvinia permit application.

51.    May 28, 2004, I asked Rex to discuss salvinia. He refused again saying he was

1   busy and it was another "salvinia free day."

2       52.    May 27, 2004, At Thayer office, I asked for some information on salvinia.

3   Thayer Broili yelled (nearly shouted) at me he didn't know anything about salvinia and

4   didn't want to know anything about it. This was the first time Thayer yelled at me. A total

5   change from the previous weeks working for him when he was open, friendly, appreciative,

6   and helpful; even complimentary toward me.

7       53.    I was confused and surprised. Suddenly neither Thayer nor Rex would provide

8   to me any information they knew or help I needed on the salvinia project I was still trying

9   to understand.

10       54.    Both Thayer and Rex knew that I had never written a water permit before now.

11   No one had written this type of permit before now. So, there was no guideline to use.

12       55.    On May 28, 2004, Thayer called me to his office and told me he was taking me

13   off of the Dike-4 Recharge project. Thayer stated he was giving the project to Rex or

14   himself.

15       56.    I noticed that Rex acted and spoke differently toward me than he did to the men

16   in the workplace. He was less respectful, abrupt, and haughty to me but not to Julian or Ron.

17

18       57.    I watched how Rex spoke and acted differently toward Julian DeSantiago, the

19   other coworker on the NEPA team, compared to how he spoke and acted toward me.

20       58.    When talking with/to men, Rex would stand facing forward to them with his

21   head level and looking through his glasses. He looked directly at them and would maintain

22   eye contact talking as equals. Rex would talk at length with men, listening and exchanging

23   information reciprocally. Rex did not interrupt or challenge what men said.

24       59.    When Rex spoke with/to me, he would stand sideways to me, would not really

25   look into my eyes, but tipped his head so that he was looking over his glasses and flicker his

26   eyes up and down while keeping his eyebrows raised as if he was being bothered. He was

27   impatient and interrupted what I was saying or walk away while I was talking even briefly,

28   always claiming to be too busy when he would stand talking with men for 10, 15, or 20

1  minutes. Rex would be hypercritical of my comments, using a paternalistic put-down tone
2  of voice.

3      60.    I noticed that Rex put his glasses down on his nose to peer over them at other
4  women too.

5      61.    May 31, 2004, in our staff meeting, Thayer said he would be at the Dike-4
6  project meeting with the Coacella Indians in Coacella, California tomorrow. Thayer picked
7  up a handful of papers, held it up to the group and said, "Those d . . . Indians, always causing
8  trouble and wanting something for nuthun!"  and threw the papers onto his desk. Thayer
9  stared hard only at me while he said this.

10      62.    I was hurt and angry and shocked that Thayer said this. I was insulted at his
11  racist comments. I looked at Thayer in shock. My mind was spinning and I didn't know
12  what to do. I was shamed and saddened by my supervisor's racial hatred directed at me.

13      63.    At weekly staff meetings all the group employees normally reported to the
14  group a brief update of their project work. Everyone was allowed to give their report. When
15  I tried to give my report on the salvinia permit, Thayer interrupted me and called on the next
16  person avoiding talking to me. I wasn't allowed to participate with the rest of the group.

17      64.    From this and the way Thayer had acted toward me since he found out of my
18  American Indian race and heritage, it was clear to me my supervisor hated Indians. Hated
19  me because I am Indian.

20      65.    June 3, 2004, I again asked Rex for assistance with the salvinia permit. He
21  refused, once again saying it was a salvinia free day and he didn't have time but Rex had
22  time for Julian and talked with him about work and chit chat for 15 minutes. During this
23  time I heard Rex tell Julian "women such as my ex-wife really don't belong in some career
24  fields."

25      66.    On June 7, 2004, during a staff meeting, Thayer announced that Rex would be
26  the team leader for the NEPA group and Ron Curiel would be team leader for the HazMat
27  group.

28      67.    Thayer totally ignored me this meeting while communicating with other group

- 10 -

coworkers.

68. Thayer gave work that applied to my position to Ron Curiel.

69. June 7, 2004, Rex informed me he would not be doing the water intakes for the salvinia project I asked him to do on May 4.

70. June 8, 2004, Rex ordered me to edit the Julian's Yuma East Wetlands EA.

71. June 8, 2004, Rex ordered me to Review ER-01/377.

72. June 8, 2004, I told Rex that I needed to work on the salvinia permit and didn't have time to do the extra work he was assigning me or I would need overtime.

73. June 8, 2004, Rex told me that I had to do the extra work because he was now the team leader.

74. June 8, 2004, while talking with Rex, I saw him staring at my breasts.

75. I crossed my arms over my chest to prevent Rex from staring at me like that. He looked up and I gave him an angry look.

76. Rex hurried away.

77. I'd worked with men in many types of work. I've been looked at before, but not like this. The way Rex looked at me felt dirty. I was a 53 year old grandmother in a buttoned up shirt and slacks.

78. June 15, 2004, I emailed Rex about some changes I needed to do on the salvinia environmental assessment.

79. Rex emailed back a racist remark, "So many chiefs and only one indian[sic]."

80. I stepped over to his cubicle and asked Rex what he meant by his email. I was surprised. While I am very close to my ancestry and identify myself as Indian, I don't have facial features commonly associated with a 'stereotypical' American Indian..

81. Rex raised his eyebrows at me.

82. June 15, 2004, I asked Thayer if he would appoint me to an intra-agency invasive weed management team. Thayer told me I had to get permission from Rex. Rex refused. Rex also canceled my being appointed to the Sonoran Desert Invasive Species Council.

83.     June 15, 2004, I told Thayer that Cindy wanted me to review the salvinia environmental assessment.  Thayer told me, "no, you don't touch it."

84.     June 16, 2004, Cindy told me she wanted me to coordinate with all the other agencies all aspects of the salvinia abatement and removal including: mechanical, biological, chemical, and physical.

85.     June 16, 2004, Cindy assigned me to set up a meeting with Carl Karr and Doug Lancaster at the harvester to learn how the harvester worked.  Cindy directed me to do whatever was needed to get the harvester up and running again for mechanical removal of salvinia.

86.     June 17, 2004, Rex assigned me to work on the LC Small Scale Well Field Study project with a full review due by June 25, 2004.  Rex gave me a 2 inch thick folder with several emails to review and told me it would only take me two (2) hours to read it.

87.     June 17, 2004, I tried to tell Rex that he was loading me up on so much extra busy work, which wasn't related to my assigned projects, that it was interfering with my working on the salvinia permit Aquatic Pesticide Application Plan (APAP).  He gave me no response.

88.     June 17, 2004, Cindy had me meet with a representative with the U.S. EPA regarding the plan I was writing for the NPDES permit and method for stopping the highly invasive noxious weed salvinia..

89.     June 18, 2004, Cindy and Thayer directed me to attend the LCRP meeting upstairs in room 258.  Rex also attended this meeting.

90.     June 18, 2004, at the end of the LCROP meeting, I heard Rex say "Jackie looks good in that sweater, but it would look even better tighter and . . . lower", followed by a loud "Ha!"

91.     When Rex said this I was disgusted. It was sexist, inappropriate, and wrong. I learned later that this was very customary for Rex.  I found out that he talked disgustingly about me to other men, Carl Karr and Doug Lancaster, who I had to work with on the mechanical removal of salvinia.  I understood now why they smirked at me when I first met

1   them.

2       92.    June 22, 2004, I asked Rex if I could take the LC Review home with me so I
3   could complete some salvinia work that needed completing.

4       93.    June 22, 2004, Rex wrote me an email claiming he hadn't given me any work
5   to do prior to this and criticized how I used my time.  Rex claimed I was misdirecting my
6   work.  When I reminded him that I was only doing work assigned by my supervisor, him, and
7   the office director Rex got angry and said that I reminded him of his ex-wife, refused to talk
8   to me and walked away.

9       94.    June 22, 2004, in staff meeting, Thayer directed me to get training from Christa
10   Franks that Cindy wanted me to be trained on and take over the Salvinia IAJP Resource Plan.

11       95.    June 23, 2004, Rex emailed Julian DeSantiago canceling my longstanding
12   appointment  following through on Thayer instructions to go to Telegraph Pass.

13       96.    June 23, 2004, I emailed Rex telling him he demeaned me and embarrassed me
14   to my coworker, it was wrong to cancel my appointment without talking to me and let me
15   cancel myself.  Rex told me he thought I was working to many hours.  His voice was
16   condescending, patronizing and paternalistic.  Rex never treated Julian like this at all, ever.

17       97.    When I told Thayer what Rex had done and how Rex treated me, he told Rex
18   not to demean me, but then told me in front of Rex that he did not want me to include him
19   on my emails anymore.

20       98.    June 28, 2004, Cindy directed me to take over the entire Invasive Species
21   Resource Plan and Database.

22       99.    June 28, 2004, Cindy trained me for two hours on the Database then directed
23   me to train with the budget department and Christa Franks.  Cindy instructed me to let
24   Thayer know she was assigning me this and she would tell him also.

25       100.    June 29, 2004, Thayer confirmed that I was to manage the Integrated Pest
26   Management Resource Plan, Budget, and Database. Thayer emailed the budget office giving
27   me authority.

28       101.    June 29, 2004, I trained for 6 hours with Christa Franks and 2 hours with Jackie

1  Carrera.

2      102.   June 30, 2004, Rex told me he didn't like me working so many hours and said

3  that he was in charge of my hours now. I told Rex my hours were approved by Cindy.

4      103.   June 30, 2004, Rex threatened me saying, "you'd better be careful, you know.

5  I'll be doing your evaluation." His threat worried me. He was definitely discriminating

6  against me because I am a woman and an Indian. I didn't want it to hurt my job.

7      104.   July 1, 2004, Rex told me that he didn't think I should be involved in the LCRP

8  meetings and I wouldn't be working on the Multi-Species Conservation Plan. When I told

9  Rex Cindy assigned is as my duties, he said "we'll see."

10     105.   July 1, 2004, Thayer called me to his office. Rex was there. Thayer

11  questioned me about the hours I was working. I told him I was working on the salvinia

12  project. Thayer and Rex began talking about me over my head back and forth then inferred

13  to me that I was cheating on my hours. Thayer said "I don't see where you've needed to

14  work these many hours." "You know you can't use hours for personal needs." And 'working

15  this many hours is making good money'. Thayer's voice was loud and yelling at me. Rex

16  was making a smirking face at me. I told Thayer I would provide him with a log of my work

17  and hours. Rex roll his eyes at me and toward Thayer as if to say not to believe me. I told

18  Thayer I didn't like what he and Rex were inferring, he had approved my overtime and

19  hadn't told me anything different since then. I told Thayer if he didn't want me to work any

20  overtime to just tell me. I told Thayer that the reason I was working so many hours was

21  because Rex loaded me up on lower level busy work under threat of bad performance

22  evaluation if I didn't do it, and Rex wasn't helping me with the technical info I needed for

23  the permit.  Thayer ordered me to see Cindy to confirm I was approved for working

24  overtime. This was very demeaning. When I left his office I was upset at being yelled at and

25  from their seeming to accuse me of cheating on my hours.

26     106.   July 1, 2004, I spoke with Cindy and asked if my hours were ok with her. She

27  said yes. I told her how demeaning Thayer and Rex had treated me and that Thayer had

28  yelled at me. She didn't seem to notice.

107.   I emailed Thayer that I'd met with Cindy and my hours were okay with her.

108.   July 2, 2004, I stopped by Cindy and told her that Thayer was yelling at me inappropriately and he and Rex were not helping me on the salvinia permit, which was part of the reason I needed overtime hours.

109.   July 7, 2004, Thayer, Rex, and contractor Kim Maloney were meeting about the salvinia permit APAP but excluded me from the meeting.

110.   July 7, 2004, I learned that Rex had gone behind my back and taken Kim Maloney off of locating the water intake info. I had to do this myself.

111.   July 8, 2004, I attended Salvinia Task Force Steering Committee with Cindy. BLM, FWS, IBWC, CA-SWQCB, and others were present. Cindy directed me to set up a conference call with them and CA Region 7 rep to discuss APAP. I was to "get the draft permit and APAP to other agencies for comment.

112.   July 9, 2004, Rex went behind my back and set up a meeting with Thayer, Cindy, and Kim Maloney about the APAP without my knowledge.

113.   At this meeting Thayer and Rex set me up for ridicule and denigration of my work and ability on the salvinia permit application plan in front of Cindy and contractor Kim Maloney.

114.   For 15 minutes, Thayer and Rex complained about me and attacked all of my work as being insufficient, incomplete, and inappropriate. I tried to defend myself but they talked over me. I reminded them this was only a draft document and I hadn't gotten the help I needed.

115.   I learned at this meeting that work information Rex had given me or designated for the salvinia permit application was wrong. Rex had sabotaged my work.

116.   It was very humiliating and damaged my professional credibility and working ability because of Rex's manipulations. Rex and Thayer both set me up for disgrace, and failure in front of Cindy. I believe with the purpose to make me a failure.

117.   These past weeks both Rex and Thayer purposely withheld from me important information necessary to my job and the salvinia project.

- 15 -

118.   I told Cindy they had withheld information from me that I'd needed to do the permit.

119.   Cindy ordered me, Kim Maloney, and Rex to work over the weekend to fix what was wrong with the salvinia permit application.

120.   On the afternoon of Friday July 9, 2004, I asked a question regarding giving the Bureau of Land Management an electronic copy of the draft permit application as Cindy had told me to do.  Thayer jumped nearly out of his chair striking his arm out at me as though he was going to hit me and screaming at me "I am your boss and Rex is your boss, Cindy's not your boss, you don't give BLM anything.  And you don't email Cindy anymore, and don't email BLM anymore."  Then Thayer told me he was taking away my duties on the IPM Resource Plan, Database, and Budget.  This attack made me sick to my stomach and scared he would physically attack me.  This was a terrible, degrading and humiliating treatment by my supervisor and he took away my duties that were part of my management level duties.  Everyone would know that he took away my duties and would believe it was because I'm not competent.

121.   Prior to that, Thayer never told me any of my work was wrong or bad.  He never talked to me about anything good or bad at all, ever.

122.   I was afraid to go near Thayer so I sent him an email telling Thayer to not yell at me again.

123.   When Rex left Friday, he said "ta, ta." as he walked by me.  I did what Cindy said to do and worked all weekend on the APAP for 8 - 10 hours both Saturday and Sunday but Rex didn't work at all over the weekend.

124.   I found out that Thayer gave Rex my duties on the Integrated Pest Management Resource Plan, Database, and Budget.

125.   I received an email from regional biologist Theresa Olson who gave a positive review of my draft APAP.  It was nice to hear a good word.

126.   On July 15, 2004, during a conference call I was facilitating with other federal and state agencies, as Cindy had ordered, Thayer humiliated me by suddenly telling everyone

that he is my supervisor and they weren't to tell me to do any work. There was dead silence, then Karen Reichelt quietly said that no one was trying to give Cheryl work.  I was embarrassed.

127.    After the meeting, Thayer ordered me to not have any contact with regional biologist Theresa Olson. Rex ordered me to not have any contact with anyone with the U.S. Fish and Wildlife Service. I told Rex he couldn't do that. Rex insisted so Thayer told me I couldn't have contact with anyone at FWS.

128.    Thayer accosted me when I was outside on my break and ordered me to sit down at a lunch table. Thayer paced up and down, waving his arms at me and loudly telling me that I wasn't to work with anyone on the Salvinia Task Force Steering Committee or with the Denver Technical Services team anymore.

129.    On July 19, 2004, I was walking down the hall toward Thayer and began to stop to talk with him. He suddenly threw out his arm at me again and shook it at me and yelled at me to "keep going, I don't want you here."

130.    I think Thayer talked to me like this because he hates Indians but also because I'm a woman, he's a lot bigger than me. He's very careful around men using a quieter voice overall.

131.    Rex went to Christa Franks and requested that she file a complaint with Thayer against me that I was disrespectful to him.

132.    Christa Franks told Rex she wouldn't because I wasn't disrespectful to him .

133.    Rex  never tried to do this to a man at work or acted toward men the way he acted toward me.

134.    On July 20, 2004, I called Tess Yiameralos, the EEO counselor at the Lower Colorado Region (LCR) EEO office.

135.    I told the counselor that I was being subjected to racial discrimination, sex discrimination, gender discrimination, and hostile workplace by my supervisor, Thayer, and my team leader, Rex.

136.    I spoke with deputy area manager, Mike Collins, who was acting for Cindy and

told him about the discrimination I was experiencing. I also told him I was contacting an EEO counselor.

137.    I gave Mike Collins permission to contact Cindy who was on vacation until July 28, 2004.

138.    On July 22, 2004, I received a phone call from Cindy.  I described the discrimination, harassment, and hostile environment problems I was being subjected to by Thayer and Rex. I was very upset and stressed that I had to do this but I told Cindy and asked her to make Thayer and Rex stop harassing her.

139.    Cindy told me she would call Thayer and speak with him.

140.    Thayer's door was closed all morning.  I took the final salvinia permit application by hard copy to Thayer with all the attachments required.

141.    Thayer emailed me requesting me to provide electronic copies of the salvinia permit application to Rex and contractor Kim Maloney, which I did.

142.    I witnessed the contractor working on the permit application on her computer.

143.    Thayer sent me an email with his "Punch List" of work items attached for me to perform on the salvinia program but most of these items were already done or unable to do. Thayer never asked me anything about the work I was doing so he didn't know.

144.    Thayer e-mailed me that changes were needed on the permit application but I wasn't needed for this. I emailed him back asking to be allowed to participate with making the changes.

145.    On July 23, 2004, 9:47 a.m. Thayer emailed me that he had removed me from my role in the salvinia project.

146.    At 1:33 p.m. Thayer  sent me an email stating that ". . . effective immediately all of Cheryl's work tasks are subject to Rex's oversight and direction until future notice. . ."

147.    My job as I knew it was over. I could no longer make any decisions myself as the program manager. My discretionary duties had been taken away. The autonomy Cindy had directed me to use and I had enjoyed was gone. Now there was a new supervisory layer. Now I had to work for Rex who treats women lower than dirt and Indian women even lower.

1    Because I filed a complaint against how they treated me I got punished even worse.

2    148.   Rex  rewrote the permit application cover letter I had written ahead of time

3    removing my name and replacing with his name.  Now that he had my position under his

4    direction, he eliminated me.

5    149.   I witnessed the contractor print out and process the final salvinia permit

6    application.  Giving orders to the office staff on what to do.  My name was removed

7    completely from the salvinia program and I wasn't even allowed a copy of my work.

8    150.   Rex was responsible for the contractor doing this, he directed the contractor's

9    work.

10   151.   Thayer  refused to speak to me.

11   152.   Rex  refused to speak to me.

12   153.   Rex ordered me to not have any telephone communication with the California

13   water quality regulator unless monitored by himself or the contractor.

14   154.   Rex  removed me from LCROP meetings.

15   155.   Only men from the environmental group attended the LCRP meetings now. No

16   women anymore.

17   156.   Rex  required all of my email communication be routed through him. Julian

18   didn't have to do this.

19   157.   Rex  didn't answer my email messages regularly sometimes for two weeks and

20   sometimes not at all.

21   158.   The atmosphere became more hostile and controlling.

22   159.   Rex  ordered me out of the office to tour the pesticide spray area in Blythe,

23   California.

24   160.   I notified Rex I had a prior injury to my right arm from when I was a ranger

25   that was causing me problems.

26   161.   Rex  ordered me to spray pesticides onto the salvinia from a boat myself.

27   162.   Rex refused my request for water sample training,

28   163.   On July 27, 2004, I saw Rex  staring at my breasts as I walked.  I also saw Rex

1    turn his head and stare at me from behind. Him doing this to me was disgusting. I was angry

2    and revolted at Rex 's staring at me sexually like that. I felt like I had to protect myself

3    whenever he was near me.

4        164.   Rex ordered me to go to Blythe again to gather the coordinates of the water

5    sampling sites. But then he refused my request for the correct GPS equipment I needed to

6    do the work. Doing this work wrong would render it worthless and out of compliance with

7    the water regulator. I told Rex this but he still ordered me to go gather GPS coordinates for

8    the salvinia permit with old non-compliant equipment.

9        165.   On July 28, 2004, Cindy returned from vacation. Cindy met with Thayer and

10   Rex but she was unavailable to speak with me.

11       166.   July 29, 2004, I emailed the EEO counselor information on my complaints.

12   In late afternoon Cindy finally had a few minutes to speak with me. She wasn't friendly

13   toward me at all. Cindy wanted to know about the salvinia work so I provided her an update.

14   Cindy asked me about my complaints briefly and said she would set up a meeting with her,

15   me, Thayer, and Rex. I requested Cindy have a neutral third-party at any meetings with Rex

16   and Thayer. Cindy said she would have a neutral third-party present at the meeting.

17       167.   July 30, 2004, Cindy called a salvinia meeting for 10:00 with Thayer, Rex,

18   herself, and me.

19       168.   When in the meeting, Cindy sat on the side of the room with Thayer and Rex,

20   all three across from and facing me.

21       169.   Thayer stared angrily and coldly at me.

22       170.   Rex  stared angrily at me.

23       171.   Cindy was leaning back and looking at Thayer and then me.

24       172.   There was a short talk on salvinia then Cindy  turned the conversation to my

25   EEO complaints.

26       173.   There was no neutral third-party present at the meeting.

27       174.   Cindy  stated that we can have differences but we needed to just move forward

28   and get the work done. It felt like she was discounting my complaints and intimating that I

1  should drop them.

2      175.    Cindy  was looking only at me when she said this.  She totally treated my

3  complaints as a nuisance that just needed brushing aside.

4      176.    Thayer raised his voice and loudly called me a liar.  Thayer claimed he never

5  raised his voice at me.  Thayer claimed he never said anything wrong to anyone.

6      177.    Rex claimed my work was deficient and I didn't know what I was doing.

7      178.    Cindy  allowed both Thayer and Rex to do this and gave the appearance to me

8  that she agreed with the men accepting what they said but not what I said during this

9  meeting.

10     179.    I was alone and totally intimidated and recognized that all three: Cindy,

11  Thayer, and Rex had supervisory authority over me.

12     180.    I got up to leave but Rex was partly blocking the door and would not move.

13     181.    I told Rex to move and let me out of the room.

14     182.    Rex opened the door but partly blocked the door forcing me to push past him

15  to get out of the room.

16     183.    Rex  closed the door behind me. Cindy, Thayer, and Rex stayed in the room

17  after I left.

18     184.    On August 3, 2004, during staff meeting, Thayer called on each of the men to

19  give their reports but told the women "no one else needs to say anything." Thayer then

20  dismissed me and the three other women out of the room.

21     185.    I was angry that we women were excluded from the staff meeting.  The other

22  women said they were angry too that they were excluded from the staff meeting.  Kim

23  Garvey said sarcastically, "nothing like a slap of gender bias to make ya feel unwanted and

24  unneeded." and then, "oh my God!" "I can't believe he just did that." "He dismissed us as

25  if we don't have any value, I've never had something like that happen before." "Doesn't he

26  know he just discriminated against all three of us?"  Janice said: "yeah, right, women don't

27  count here." I agreed 100 percent.

28     186.    August 5, 2004, Rex required me to complete a *Request for Leave or Approved*

1  *Absence* form when I only needed eight (8) hours of sick leave. I protested but Rex insisted
2  I needed his signature approval for my sick leave or it wouldn't be approved, even though
3  office policy only required the form be completed when requesting leave of 24 hours or
4  more. Leave under 24 hours required only verbal or email notice to the supervisor.

5      187.   Rex did not require Julian DeSantiago to complete a leave request for his leave
6  around the same time, just me.

7      188.   I feel Rex required me to do this degrade me and have power and control over
8  me because I'm a woman and to get even with me.

9      189.   Thayer assigned me to do work for the contractor Kim Maloney and allowed
10  her to assign me work to do for her.  This is inappropriate under federal contracting
11  regulations.

12      190.   The atmosphere did not improve after I talked with the EEO counselor. In fact,
13  conditions had deteriorated and worsened dramatically. Because I called the EEO counselor
14  my job duties were taken away from me, I lost my opportunity to be in entry-level
15  management; and I had to work under the direction of the man who I reported to be harassing
16  me. No protection was provided to me whatsoever.

17      191.   On August 11, 2004, I signed EEO complaint forms and mailed them to EEO
18  counselor Tess Yiamarelos.  She required I provide a list of the environmental group
19  hierarchy.

20      192.   In the environmental group, all men are graded GS-11 or higher. There are no
21  men below GS-11. 2 men are GS-11, 2 men are GS-12, 1 man is GS-13. All women are
22  graded GS-9 and lower. There are no women above GS-9. 2 women are GS-9, one woman
23  is GS-5, and one woman is part-time temporary GS-4

24      193.   Our APAP was approved and Reclamation received its permit from the
25  California Region-7.  It wasn't too late to get the salvinia sprayed and achieve our goal
26  within the time frame. Cindy and Thayer gave Rex oversight and direction of my work, but
27  left me with the work.  I had no say over anything any more and had to get Rex's approval
28  for everything I did.  All the work slowed to a crawl.  I was doing my job but Rex wouldn't

answer my emails.

194.   Kim Garvey was upset that I wasn't invited to the social get together at Shiloh Inn with the Lands and Environment Groups.   She said she asked about inviting me but Thayer told her he didn't want me there.

195.   August 17, 2004, Thayer announced that he, Ron, Rex, and Julian would be attending the IAJP meeting on August 24th.   I had been the only woman assigned to this upper level of program management and I was removed from this by Thayer and Rex.   They made sure only men from the environmental group were allowed to participate in the IAJP Resource Plan meeting, no women.

196.   August 18, 2004, Rex assigned me to do water sample gathering that was too heavy for my injured right arm.   In July he had denied me the training I needed for this.

197.   August 27, 2004, Rex ordered me to do water sampling testing in the field , which was dangerous, potentially explosive, sulfuric acid water testing in the field.   I refused to perform this testing due to danger involved and that there had been no occupational Jobs Hazards Analysis completed in accordance with OSHA and Department of Interior work standards.

198.   Rex  insisted to Cindy, and Thayer, that I be charged with insubordination for refusing his order to do this work.

199.   Thayer insisted three times to Cindy that I be charged with insubordination for refusing an order.

200.   I was scared of being charged with insubordination, but more afraid of sulfuric acid burns. I think Cindy was worried that I was right about OSHA and DOI regulations so I wasn't charged with insubordination.

201.   I had to work overtime because of work Rex assigned me.  Rex became angry and demanded I complete an outline to him on when and why I worked these hours.  Rex forced me to perform extra work that Julian didn't have to do.  He wasn't forced to explain his overtime like I had to.  Julian was never treated this way and I know he was working and getting paid overtime.

202.    I had to work 50-55 hours a week because of Rex overloading me with work on top of the salvinia program work.

203.    EEO counselor, Tess Yiamarelos pushed me not to include race in my complaint. She said "that wasn't much." and "oh, that probably wouldn't matter. On the sex discrimination she said "it's your word against theirs."  She negated what was done to me. It made me feel more minimalized.

204.    September 2, 2004, I told Tess I would agree to mediation so my working conditions might improve and I could just do my job.

205.    I sent Tess an email outlining ways that Rex was excluding me and causing a hostile workplace. He spent time with other men talking of projects in friendly terms but not me.  He always had time to stop his work to answer Julian's questions or just talk, but he refused to answer me.

206.    I sent Tess another email that Kim Garvey had told me that on or about Sep 9, Thayer took her aside and told her not to get involved with what's going on here with me. This was intentionally damaging to cause a hostile workplace for me. Kim did get less friendly to me when Thayer and Rex were around.  Thayer used his supervisory position to pressure coworkers and cause hostility for me.

207.    Oct 5, 6, & 7 were the dates set up for mediation with each individual on separate dates.   Cindy removed me from attending the Salvinia Task Force Steering Committee meeting on the 6th .  She said that I wouldn't be attending, she would take my place.

208.    It turned out that Rex didn't send out the notification letter of intent to spray pesticides.  Rex  blamed me to management for not doing sending this letter, but he had taken this duty away from me so he was the only contact person on the letter himself. Rex never treated Julian like he treated me.

209.    Rex argued about anything I did and changed everything I wrote.  I requested the admin staff to take my name off of the letter so Rex would leave me alone.

210.    Thayer got very angry that I emailed him and wrote me *a nasty message in red*

across a hard copy of my email and put it in my mailbox.  But if I hadn't emailed him he would have ripped into me for not keeping him informed and no one would believe he had told me he didn't want me to ever email him.

211.   Met with Thayer, Rex, and Cindy in ADR mediation.  All participants signed confidentiality agreements with the mediator Jean Love-Smith agreeing to keep all information revealed or discussed during the mediation confidential.

212.   Mediation resulted in a Resolution Agreement (RA) having 5 items I agreed upon for remedy.  Though I regret the wording.  Primarily, I would be assigned to Ron Curiel as my Team Leader giving me a 60-day detail away from Rex's supervision or any contact between us.  I would finally get my Individual Development Plan (IDP) allowing me the training I'd been promised.  Thayer and I were to meet weekly for 6 months as an attempt to work out issues, team-building training would be contracted for the group, and my roles and responsibilities while on the hazmat team would be clearly defined and outlined.  The RA would go into effect Oct 11.  The 60-day detail would end Dec 10.  As part of the RA I agreed to continue to manage the Salvinia Program during my detail, which was moved to Ron Curiel's team.

213.   The very next day, Thayer gave me a list of work that Rex had created and wanted me to do while I was on detail assigned to Ron.  I had not agreed to this when I signed the RA.  Notes in the left margin are in Rex's handwriting Even with a signed RA I was ordered to do work under Rex's direction.  I was now required to work 2 positions.  They tricked me.

214.   Rex began making ugly, rude, annoying, grunting noises whenever he passed by my cubicle. Purposely harassing me.  Ron Curiel ridiculed him for doing this, but Rex didn't stop.

215.   October 14, 2004, Rex passed me in the hall and said "excuse me, sir"

216.   October 22, 2004, I was ordered to perform NEPA work under Rex's purview. I was afraid of repercussion if I did anything so waited until I got help from the EEO counselor enforcing my Agreement.

217.   October 25, 2004, Rex began emailing me directly, breaching the Resolution Agreement. I told Thayer this wasn't appropriate.

218.   Thayer called me into his office. As soon as I got there, Rex came in behind me. When I objected to having contact with Rex, on stipulations of the Resolution Agreement, Thayer waved his hand at my objections, saying he knew what the Agreement said but there was no other way to get the work done. Immediately Rex began to disparage me, my opinion, my research, and my questions. Thayer allowed Rex to interrupt and speak over me when I tried to talk and let him ridicule me, including my knowledge, skills, and opinions. Rex was allowed to make rude facial grimaces at me. This was extremely embarrassing and degrading to me. I asked Thayer to stop Rex, but Thayer did nothing. Thayer did not respond just sat at his desk. I got up and walked out. More humiliation and harassment. I was sick and angry from this confrontation.

219.   Kim Garvey told me that Thayer took her aside and told her he wanted to tell her his side of the story and "unburdened himself," to her about what I had done to him. He again pursued a subordinate to create a hostile workplace for me.

220.   October 26, 2004, I emailed Tess that the RA was not being complied with. I requested that she not share my email with Cindy. I suspected they were working behind the scenes without my knowledge and Tess was sharing with Cindy what I told her in confidence. I asked Tess what steps I needed to take to file that the RA was not being followed.

221.   I saw Rex staring at a female coworker as she walked by canting his head around his shoulder so he could watch her walking from behind.

222.   The way Rex stared at my body was very uncomfortable, I knew what he was doing. I had to take a different route going down a different hallway or upstairs and down a different way to avoid Rex so he wouldn't stare at my body me when I walked.

223.   I also figured out what Rex was doing by lowering his glasses when he talked to women. It was possible he positioned his glasses in such a way so that he peered over his glasses at the woman's face, which is intimidating, but when he lowered his eyes and looked

through his glasses his sight was in direct line with the woman's breasts. This way he could covertly stare at women's breasts without appearing to. I noticed him do this to me so I had to stand sideways and cross my arms in front of me.

224.   October 29, 2004, I emailed Tess again that the Resolution Agreement wasn't being followed and I wasn't getting away from Rex.

225.   The stress was constant every single day. I was suffering terrible depression, fear, and anxiety along with an unbearable workload of working two positions now. I was depressed and having panic attacks. I began seeing a psychologist for help with these problems.

226.   I was suffering a lot of pain in my right arm and notified Thayer surgery wasn't scheduled yet. Rex rejected my work I did on the categorical exclusion work he had assigned me. Rex wrote his edits in the margin insisting I write it his way. I was definitely working for Rex again. My Agreement was worthless, so was EEO counseling.

227.   I wrote the CE according to Rex's instructions and edits as I was ordered. I was nothing more than Rex's secretary. I had not been allowed to perform full research and consultation or allowed to unambiguously and unhindered, address the NEPA process for this CE as regulations required. I also did not believe this CE was completely defensible legally. I personally could not guarantee that all laws had been applied thoroughly so I ethically could not sign this document. .

228.   November 2, 2004, I told Thayer that my right arm was causing me pain and problems but I still wasn't approved for surgery yet.

229.   November 5-7, 2004, Rex assigned me to attend desert tortoise training in Ridgecrest, CA, which I attended with Kim Garvey over the entire weekend returning to the office on November 8.

230.   On November 7, 2004, at 7:00 p.m., Kim Garvey told me about her trip with Rex to a meeting and other dates when Rex talked badly about me to her. She told me that Rex had told her about what I knew was discussed during the confidential mediation, and that he vented himself declaring that my knowledge and opinions about endangered species are

- 27 -

wrong. She told me that "he talked himself hoarse" degrading and denigrating me both personally and professionally. Kim said that he tore my reputation to shreds. She felt he did this purposely to cause a rift in our work relationship and friendship. After hearing this, I felt my chest start to hurt like I was being squeezed and I got physically and emotionally so ill I was nauseated and my head was spinning. I kept wondering who else had he targeted to defame me? He talked with people in many other agencies; my career could be over through him assassinating my character like he had. I didn't sleep that night. On the way driving back Kim gave me more explicit details of how much he said and that he must hate me. She said she definitely felt that he was using the information to make me look bad purposely causing a hostile workplace for me.

231.    November 8, 2004, I called the EEO counselor, Tess Yiamarelos and left her a message about what Rex had done. She still hadn't responded to me about the Agreement being breached.

232.    On November 9, 2004, I called EEO counselor Tess Yiamarelos again. I told her what Rex had done. She was cool to me and began to blame Kim Garvey for telling me. I told her that Rex was the guilty person and shouldn't have  retaliated against me and I wanted to file a breach of confidentiality against Rex because we had a signed confidentiality agreement. I told her this was horrible for me and who knew who else he was spouting his lies to. He was out to destroy me both professionally and personally and I wanted it stopped. She told me to go see Cindy and tell her what Rex had done. I said I would but Cindy was out of town so I wanted her to move forward with whatever I needed to do to file against Rex. I also told Tess that I had Rec'd my new SF-52 showing that they took away my title, pay plan, series, etc. All they listed for my position and title is "Unclassified Duties." This was wrong!  I didn't give up my title.  My Natural Resource Specialist job description included hazmat duties so there was no reason to take my career identification away from me and was not what I had agreed to. Cindy had also attached a list of duties to the SF-52 that I had never seen before or agreed to do as part of the detail or the Resolution Agreement. Cindy had it added without my knowledge and after I signed the RA. Tess asked me to fax

1  her a copy of the SF-52, which I did same date.

2      233.   When I was standing in the hallway with Amanda Espino, Rex stepped past us

3  saying, "excuse me gentlemen."

4      234.   November 9 or 10, 2004, Thayer called me to his office and gave me a verbal

5  warning. He said, "if you refuse an order I will write you up for insubordination, subject to

6  dismissal." I knew this was a threat. I went to the bathroom and was sick I was so afraid.

7      235.   November 22, 2004, Thayer and Rex assigned me to be on the Telegraph Pass

8  desert tortoise survey team. I told Thayer that this was Rex's project not Ron's. Thayer said

9  "Are you saying that you won't go?" I remembered his warning and told him "no, just

10  mentioning it." I was afraid Thayer would charge me with insubordination for refusing to

11  obey an order if I said anything else or didn't do the survey.

12      236.   I received an email from Rex regarding the Desert Tortoise Survey project,

13  Kim Garvey was assigned project lead and scheduled for Friday December 3, 2004.

14      237.   Same date: I finally met with Cindy about Rex's retaliation against me, breach

15  of confidentiality and vicious verbal attack against me. When I told her what he'd done, she

16  blamed me saying, "It's your own fault." "What did you expect would happen when you

17  filed an EEO complaint against him?" She told me once again that she fully supports Rex

18  in everything he does. I asked her if she really supports Rex in everything? She said, "yes."

19  She told me that she would check into what I'd told her.

20      238.   I still hadn't heard back from the EEO counselor about filing a new complaint

21  against Rex or the breach of resolution. I emailed Tess about my conversation with Cindy

22  and requested that I be assigned permanently to Ron Curiel.

23      239.   November 29, 2004, I wrote another email to Tess giving her more info on

24  what had occurred when I spoke with Cindy and about Rex's breach of confidentiality. She

25  still hadn't gotten back to me with the info I needed. I asked her again to please get me

26  information on when filing for a breach of mediation confidentiality needed to be filed and

27  whether I should file a breach of the RA and or a new EEO complaint.

28      240.   November 30, 2004 (on or about), Kim Garvey told me that Cindy had

1   interviewed her and she had told Cindy what Rex did.

2   241.   December 1, 2004, Cindy told me she had spoken with Kim Garvey, Rex,
3   Thayer, Ron Curiel, and Tess Yiamarelos.  She stated that my claims of what Rex had done
4   to me had been corroborated.  She was willing to move me permanently and would arrange
5   a 30 day extension of my detail.

6   242.   I had left Tess several phone messages but hadn't heard back from her and I
7   was worried about the time slipping by so I called Sharon D. Eller's office, EEO Mgr, Dept
8   of the Interior in Washington, D.C. to find out what to do and if I could go through a
9   different EEO office.  I was told I could go to any EEO office but it would be better if I
10  stayed in Dept of Interior.  I called BLM and spoke with Michelle Homer who took my info.
11  I learned I should file a breach of the resolution and a complaint against Rex.

12  243.   December 2, 2004, I heard Rex tell Kim Garvey that she was the project leader
13  in charge of Janice, Amanda, and Cheryl for the following day's desert tortoise field survey.
14  He told her to be sure everyone did as they were told to do, it was up to her how the project
15  was performed and who did what.

16  244.   I felt trapped and I couldn't refuse or Thayer could use it against me.

17  245.   I stopped by Ron's cubicle and told him I shouldn't be going out in the field
18  because of my bad arm, but I didn't know what to do.  He didn't have an answer.

19  246.   December 3, 2004, I went with to Telegraph Pass canyon to do the desert
20  tortoise survey in a very heavily bouldered rocky canyon.  After working for 5 hours, I fell
21  onto a boulder injuring my left wrist, arm, and shoulder, left knee and my neck.  Later I
22  learned I had also received additional injuries to my right shoulder and possibly my right
23  thorax.  I spent hours in an urgent care center.

24  247.   December 4, 2004, Kim Garvey drove me to Reclamation's holiday party at
25  the Marine Corps Air Station.  My arm was in a sling and I was on pain medication for my
26  injuries.

27  248.   Toward the end of the evening, I was sitting quietly in a chair with my back
28  to the door into the lobby.  I saw Rex approach from the side, then as he passed behind me

1  he suddenly hit the back of my chair and called me a "bitch" and walked out the door. I was

2  stunned and scared from what he did. I told Kim Garvey and we left the party.

3      249.   December 6, 2004, I finally got a call from EEO counselor, Tess Yiamarelos,

4  who left a message that Cindy was doing a resolution offer.

5      250.   December 7, 2004, Cindy presented a new resolution agreement that would

6  permanently assign me away from Rex Wahl to Ron Curiel. In exchange, I would release

7  Reclamation, and all employees, designees, etc. from any and all EEO, criminal, civil

8  lawsuits in the past, present, and it seemed, future. However, the job offer that was described

9  in the agreement Cindy wanted me to sign described the position I would be assigned to as

10  GS-XXXX-XX-XX. The document I was required to sign to escape Rex had X's, or blanks,

11  in every category describing what my job could be. Once I signed this document, I would

12  be allowing Cindy to later change my classification to anything she wanted it to be. She

13  could completely remove me from my job and I'd have no recourse of any kind, anywhere.

14  Cindy said if I wanted the offer I had to decide then and there. I wanted away from Rex's

15  harassment so badly but this was a bad deal so I refused to sign. As soon as I said no, Cindy

16  snatched the document away and ordered me to return to work for Rex on the environmental

17  NEPA team effective Monday. I couldn't believe she would do this.

18      251.   Tess finally called me. Michelle Homer, EEO counselor with the Bureau of

19  Land Management had called her. Tess told me to file a breach of resolution agreement it

20  had to be within 30 days not 45, which meant it would have be postmarked today, and it was

21  already 4:00 p.m.

22      252.   I typed a quick letter to the Office of Equal Opportunity, Department of the

23  Interior, Washington, D.C. stating that Reclamation had breached my resolution agreement.

24  Tess wouldn't send me the paperwork to sign. So, in my letter, I also charged that Rex Wahl

25  had retaliated against me. I got a fast ride to the post office and timely filed my breach of

26  resolution and retaliation by certified mail

27      253.   I was in continuing pain having difficulty working or functioning at very

28  simple levels like opening a door or using the rest room. Pain in both my arms prevented me

from driving so my daughter was taking me to and from work on top of her own job and my 2- year old granddaughter. I was taking pain pills every 3-4 hours. The pain and stress caused me to suddenly have a terrible itching and painful rash of huge blisters all around my rib cage from my sternum to my spine about 4-5 inches wide. I was diagnosed with a terrible case of shingles (herpes zoster) my doctor said definitely the work stress probably caused the shingles. He also diagnosed me with depression and anxiety disorder and referred me for mental health therapy. I was mentally, emotionally and physically exhausted from the months of harassment. I was sorry I ever filed a complaint in the first place.

254.    December 13 -14, 2004, Team building training for the environmental group at the Shiloh Inn. On Tuesday, the training facilitator queried the group if anyone felt there was gender bias in the group to raise their hand. I asked to not be included. Of the remaining eight team members, everyone except Thayer and Rex raised their hands and stated that they believed there was gender bias in the group

255.    December 14, 2004, I emailed EEO counselor Tess Y about the new resolution and charged Cindy with retaliation for attempting to remove me from my position and forcing me to return to work for Rex, she had investigated and learned he was discriminating against me and was harassing me. Tess wasn't returning any of my calls or providing the EEO counseling I'd requested as she was supposed to be doing.

256.    December 16, 2004, I gave Cindy a list of my conditions. I was angry at the hell I'd been forced to endure all these terrible months. I wrote several things down just to make her take notice that I am a person. There was only one item I wanted. Relocation to a new job out of there. Cindy refused. I asked if she would agree to anything. She said no and again ordered me back to work for Rex.

257.    December 17, 2004, with all that was going on, I had forgotten to notify my supervisor about Rex assaulting me. I sent Thayer an email describing the incident at the party when Rex hit my chair. I received his email back discounting what happened, that I wasn't in danger, and suggesting I file a police report against Rex,

258.    I filed a police complaint against Rex for assaulting me a few days later.

- 32 -

259.   When I told Thayer I needed to go to the doctor for my injuries he told me he didn't believe I needed to see a doctor again and refused to allow me to go. I couldn't just leave, he could place a complaint against me for being AWOL or insubordination I told him I was required to go or I could lose my claim.

260.   Thayer told me that he didn't see how I could have gotten hurt so bad. Thayer treated me with suspicion as though I was lying. This scared me. I thought he might dispute my accident and I wouldn't get my workers' comp benefits. Even though witnesses had made statements about how I fell, Thayer was insinuating I fell on purpose. This was more retaliation to get even with me.

261.   The administration office secretary advised Thayer to call the OWCP coordinator in region.

262.   We had a conference call with Nancy DeCenso the OWCP coordinator who got me an appointment with my orthopedic surgeon on December 20, 2004.

263.   I called Department of the Interior OEO office and was routed to EEO Counselor Judy Colvert, I left her a message about the problems at YAO, the breach of resolution, discrimination, and retaliation.

264.   December 20, 2004, EEO counselor, Judy Colvert, from Department of the Interior returned my call. I discussed the breach of resolution, the retaliation, and my work injuries because I had been forced to work for Rex. She suggested I also contact Lorraine Bobian EEO counselor with Bureau of Reclamation Denver Office.

265.   My doctor diagnosed me with torn rotator cuffs in both shoulders, crush impingement in both shoulders, contusion left forearm, cubital tunnel syndrome both wrists and hands, and contusion of my knee. He said I shouldn't have been working at all since my accident and ordered me off work and no driving. I was scheduled for surgery on my right shoulder on January 6, 2005.

266.   Thayer was angry when I provided my medical paperwork. I completed the required forms for medical leave to cover my surgery too and left YAO at 2:30 p.m. I began 45 days of Continuation of Pay benefits.

- 33 -

267.    December 22, 2004, I followed up with EEO counselor Judy Colvert by faxing her info on breach of the resolution agreement and retaliation and a copy of the Dec. 7, 2004 letter. I also faxed copies to Lorraine Bobian in Denver.

268.    December 31, 2004, I sent certified letter to OEO Department of Interior in Washington, D.C. claiming retaliation and hostile workplace against me by Cindy, Thayer, and Rex. I asked for help.

269.    January 3-5, 2005, I faxed info about the breach of resolution and retaliation to both Judy Colvert and Lorraine Bobian referencing my December 7, 2004, letter to Sharon Eller's office at DOI.

270.    January 5, 2005, I talked with Lorraine Bobian and discussed my complaint about the Lower Colorado Region EEO counselor Tess Yiamarelos and EEO manager Janel Potuchek.

271.    January 6, 2005, I underwent surgery on my right shoulder.

272.    January 7, 2005, Kim Garvey called me that Thayer had instructed her to come to my house and get my computer and phone security codes so he could access my computer and phone. Thayer also emailed me he was sending Kim.

273.    I was in terrible pain from surgery and drugged up on pain medication but this bothered me. I had signed a security agreement after security training where I agreed I wouldn't give my security codes to anyone including my supervisor or manager.

274.    January 8, 2005, (Saturday) Kim Garvey came to my house to get the codes. I told her I couldn't because of Reclamation's security policy. I told her to let Thayer know I would come in and change the codes following policy. I told Kim it was wrong of Thayer to have her try to get my codes from me. Thayer had taken the same training and knew the rules.

275.    January 10, 2005, My daughter drove me to YAO. The administration secretary assisted me to put the referrals on my phone and computer that Thayer wanted.

276.    January 13, 2005, I received the agency's final decision that management didn't breach my resolution.

- 34 -

277.   January 19, 2005, I filed my complaint with the EEOC in Washington for Breach of Resolution.  I also told them about the retaliation by Cindy, Thayer and Rex.

278.   January 27, 2005, I notified the EEO manager by email that I was sending them complaints of retaliation and breach and hostile workplace by Cindy, Thayer, and Rex to make sure the LCR office got them. (These were also the complaints I had told Judy Colvert and Lorraine Bobian).

279.   January 28, 2005, I mailed my complaints to Janel Potuchek EEO manager at LCR.

280.   February 4, 2005, I received notice from EEO manager Janel Potuchek that she was contracting an EEO counselor to do my pre-complaint investigation for my complaints of race and gender discrimination, hostile workplace, and retaliation against Cindy, Thayer, and Rex.

281.   February 10, 2004, I received call from EEO counselor Maryann Cantor to set up appointment to conduct interview.

282.   February 14, 2005, EEO interview with contracted EEO counselor Maryann Cantor for race and gender discrimination, hostile workplace, and retaliation against Cindy, Thayer, and Rex.

283.   February 18, 2005, I filed EEO complaints against Lower Colorado Region EEO counselor Tess Yiamarelos and EEO manager Janel Potuchek for assisting Cindy to Retaliate against me.

284.   February 24, 2005, EEO counselor Maryann Cantor that she had done her investigation but they disputed everything.  She would be sending me the Notice of Final Interview (NOFI) and right to file a formal complaint.

285.   March 16, 2005, I received letter from DOI they had received my complaint.  The letter didn't say which complaint date.  So, I assumed it was the complaint against Tess and Janel.  The same letter was also sent to BOR.  Because my complaint involved LCR EEO officials, I wrote a letter to Karen Megorden at BOR-Denver to provide her with my complaint issues.  I requested that my complaint be processed outside of the Lower Colorado

1    Region because of the conflict with the LCR EEO office.

2    286. March 19, 2005, I received NOFI and RTF from EEO contractor Maryann

3    Cantor.

4    287. March 25, 2005, I received a certified letter from Karen Megorden that I hadn't

5    contacted an EEO counselor about my complaint (I did on Jan 5, 2005, when talking with

6    Lorraine Bobian) so they set up an EEO contractor, Sonya Johnson to interview me.

7    288. March 25, 2005, Sonya Johnson contacted me to do interview on my complaint

8    against Tess and Janel.

9    289. March 27 2005, Call from contracted EEO counselor Sonya Johnson.

10   290. March 27, 2005, I received letter from Thayer terminating me from

11   government service. I was still on medical leave. My doctor hadn't released me. What

12   Thayer claimed I said to others was untrue. He claimed I didn't communicate with anyone

13   about my injury and leave. But I did, every two weeks with the OWCP coordinator and then

14   with OWCP as I was required to do. I had also asked him for accommodations, which he

15   refused. I was in pain from my injuries and emotionally and mentally drained from the

16   months of harassment.

17   291. April 2, 2005, I filed timely with Karen Megorden EO BOR-Denver my formal

18   complaint of race, gender discrimination, hostile workplace, and retaliation against Cindy,

19   Thayer, and Rex.

20   292. April 4, 2005, I interviewed with contracted EEO counselor Sonya Johnson.

21   I also told her that Thayer had retaliated by terminating me.

22   293. April 10, 2005, I received the contracted EEO counselor, Maryann Cantor's,

23   report from Janel Potuchek. Of course, by the time I received it, the 15 days period had

24   elapsed for filing a formal complaint.

25   294. The dates used by the Agency to determine whether I made contact with and

26   EEO counselor within 45 days of being retaliated against are wrong. The Agency describes

27   the last incident as having occurred on 12/04/2004, which was a Saturday. That is the day

28   Rex Wahl assaulted me at the office holiday party. However, that is not the last incident of

retaliation.  The last incident of retaliation by Cindy (aside from my termination) was 12/16/2004 (40 days), when she refused my begging her to not assign me back to work for Rex. The last incident of retaliation by Thayer was 12/17/2004 (39 days), when he refused to allow me to go to my doctor for the work accident and tried to make it seem like I was lying about being injured.  The OWCP coordinator had to intervene so I could get to my doctor. Thayer retaliated when he denied me my rights under FECA, to see my own doctor. Whenever Rex passing by my cubicle every day making grunting noises he made only at me was constant harassment so the last date would be 12/20/2004, (36 days).  I filed timely and I filed correctly.

295.    April 29, 2005, I received a certified letter from Cindy that she accepted Thayer's recommendation and removed me from government service for medical disability. They got rid of me.  Cindy retaliated against me again by firing me. Cindy had allowed Mary Newcomb to stay in her position for 9 months before they removed her and they knew with certainty Mary wouldn't be back because she was dying of cancer.  But they left her in her position.  To my knowledge, Mary Newcomb never made an EEO complaint against BOR managers.

296.    May 5, 2005, I called Lorraine Bobian and told her that Thayer and Cindy had retaliated against me by terminating me from government service.  I asked Lorraine to process my complaint there because I had an open complaint against the EEO counselors at the Lower Colorado Region EEO office.

297.    May 5, 2005, I received NOFI and RTF from Sonya Johnson regarding LCR EEO counselors, Tess and Janel. I was so ill and exhausted, that I decided to focus on the other complaints and not pursue the complaints against Tess and Janel.

298.    June 11, 2005, I timely filed my written complaint to Lorraine Bobian alleging retaliation by Thayer and Cindy terminating my employment.

299.    July 24, 2005, I received from Lorraine Bobian a letter of receipt of my formal EEO complaint dated April 2, 2005, assigned Docket No. WBR-05-037.  It took them 111 days to acknowledge receiving my complaint.

300.    September 9, 2005, I received a letter from the Lower Colorado Region EEO manager, Marcella Guerra, stating they had received my complaint that I had filed on June 11, 2005. I had specifically requested that my complaint not go through that office.

301.    January 19, 2006, I timely filed with the EEOC my appeal of the agency's second final decision of my claim of breach of resolution. I also told them about the ongoing harassment and discrimination and retaliation I'd suffered. I told them about Rex assaulting me and the final retaliation when they fired me.

302.    February 27, 2006, I received a letter from Delia Trimble, Office of Civil Rights in Washington, D.C. telling me they had dismissed my formal complaint of April 2, 2005. Again, the Agency used the wrong date(s) to determine the 45 day window for the retaliation complaints. It took the government 328 days since I filed my complaint to send me this dismissal to me. In the interim, I included all of the information regarding the retaliation in my EEOC appeal.

303.    June 6, 2006, I received a letter from the EEOC that I had won my appeal for breach of resolution agreement. They said I needed to file against Rex for assault and the agency for termination. However, as described above, I had already made contact on those issues.

304.    June 30, 2006, I received the NOFI and RTF letter from LCR EEO manager Marcella Guerra.

305.    July 14, 2006, I timely filed a formal complaint of my original August 11, 2004, complaint with form DL-1892.

306.    July 28, 2006, I received letter acknowledging receipt of my formal complaint and assignment of Docket No. WBR-06-028.

307.    August 31, 2006, I received a letter with an EEO counselor's report. This was the third or fourth time I received the information AFTER any chance to file the formal complaint on time; leaving only the appeal process. They also used the wrong dates again. The dates for last incident should have been: Cindy - 08/27/2004 & 09/16/2004; Thayer - 09/17/2004; Rex - 09/09/2004 & 09/20/2004. There were so many incidents that it just kept

- 38 -

1    going.

2        308.    September 3, 2006, my attorney wrote the Agency objecting to its description

3    of my claims.

4        309.    September 8, 2006, I filed my lawsuit in U.S. District Court in Phoenix.

5        310.    September 11 - September 19, 2006, During interview with contracted EEO

6    counselor, Ms. Martinez, for my WBR-06-028 complaint, I learned that the dates and

7    accepted complaints were listed incorrectly. The Counselor advised me to send her an email

8    stating this and that I had to refuse to participate in the interview for this reason. (She was

9    the first counselor throughout all my contacts to tell me the correct procedure for the problem

10   of the agency stating dates incorrectly).

11       311.    September 19, 2006, I emailed the EEO counselor, M. Martinez that I would

12   not participate in interview due to dates and description of complaints being wrongly stated.

13       312.    October 8, 2006, EEO counselor sent me email that she would be

14   communicating with my attorney now.

15       313.    A timeline of my EEO activity is attached to this affidavit as Attachment "1."

16       314.    Copies of pertinent communications related to my EEO activity are attached

17   to this affidavit as Attachments "2"-"17".

18       315.    I have been diagnosed by my psychologist as having depression, post-traumatic

19   stress disorder, adjustment disorder with panic, anxiety, and fear caused by the

20   discrimination and harassment.

21   * * *

22   * * *

23   * * *

24   * * *

25   * * *

26   * * *

27   * * *

28   * * *

- 39 -

**FURTHER AFFIANT SAYETH NOT.**
Executed this ___6___ day of March 2008,

Cheryl Riley

SUBSCRIBED AND SWORN TO before me this _6 th_ day of March 2008 by Cheryl Riley.



Notary Public