**ATTACHMENT "1"**

# TIMELINE TRACKING OF CHERYL J. RILEY EEO COMPLAINTS AND AGENCY RESPONSES

LCR - Bureau of Reclamation Lower Colorado Regional Office

| CONTACT (COMMUNICATION) REGARDING EEO PROBLEMS ||| TYPE OF CONTACT | ISSUE/ACTION | RESPONSE IF NEEDED |
|---|---|---|---|---|---|
| DATE | TO | FROM | PH EMAIL LTR | WHAT WAS STATED OR DISCUSSED | |
| 07/20/2004 - 07/23/2004 (Approx) | Tess Yiamarelos LCR EEO Office | Cheryl Riley | Ph call | I told her about sex, gender, and race discr by Rex and Thayer and hostile workplace. She listened and told me what was involved to file EEO and asked me to send her an email with the info I'd told her. Several times throughout Tess discounted what I told her about sex and race discrimination saying it wasn't much or wasn't really anything. I was embarrassed that I wasn't taken seriously. | |
| 07/29/2004 07/30/2004 | Tess Yiamarelos and back to me | Cheryl Riley back to Tess | Emails | My emails explaining the EEO problems I told her I wanted to file a complaint. | |
| 08/02/2004 | Cheryl Riley | TessYiamarelos | Cert Ltr | Ltr with formal EEO Complaint forms to fill out and return | |
| 08/11/2004 | TessYiamarelos | Cheryl Riley | Cert Ltr | My ltr with my complaints and returning completed forms to file initial EEO Complaint | |
| 08/27/2004 | Cheryl Riley | TessYiamarelos | Email | Request for info to do EEO during work | |
| 08/30/2004 | Cheryl Riley | TessYiamarelos | Email | Response w/EEO info | |
| 08/30/2004 | TessYiamarelos | Cheryl Riley | Email | Ltr w/Info & Date log sent by email | |
| Several dates | TessYiamarelos | Cheryl Riley | Phone | Tess worked several times to convince me to agree to ADR mediation | |
| 09/08/2004 | TessYiamarelos | Cheryl Riley | Cert. Mail | Postpone Final Interview and extend counseling. Mediation 10/7/04 Resolution Agmt | |
| 10/26/2004 | TessYiamarelos | Cheryl Riley | Email | Notified EEO Counselor that the Resolution Agrmt was being breached | No Response |
| 10/29/2004 | TessYiamarelos | Cheryl Riley | Email | Again notified EEO Counselor that the Resolution Agrmt was being breached | No Response |
| 11/09/2004 | TessYiamarelos | Cheryl Riley | Ph call | I informed Tess about Rex breaking the mediation confidentiality agrmt and retaliated against me by creating hostility toward me w/Kim Garvey denigrating me terribly. | |

| Date | To | From | Type | Description | Response |
|---|---|---|---|---|---|
| 11/22/2004 | Tess Yiamarelos | Cheryl Riley | Email | Followed up w/Tess that Rex broke the confidentiality agrmt and retaliated against me maliciously creating more hostile workplace. Asked for guidance. | No Response |
| 11/29/2004 | Tess Yiamarelos | Cheryl Riley | Email | Let Tess know I had notified Cindy what Rex did. Asked for guidance | No Response |
| 12/01/2004 | Sharon D. Eller EEO Mgr DOI Wash, D.C. | Cheryl Riley | Ph Call | I hadn't heard back from LCR EEO counselor so I called EEO Mgr Dept of Interior in D.C. for help and guidance. I informed her of situation and requested to go to a different EEO office for counseling. I learned it was ok to do. | NA |
| 12/01/2004 | Michelle Homer EEO Mgr. BLM | Cheryl Riley | Ph Call | She thought better if my EEO stayed in Reclamation but took my info | NA |
| 12/07/2004 | Cheryl Riley | Tess Yiamarelos | Email | Tess finally responded. I rec'd email telling me I had to file breach of Resolution Agrmt with Sharon Eller in Wash, D.C. and had to be filed 30 days, which was today. | NA |
| 12/07/2004 | Sharon D. Eller | Cheryl Riley | Ph Call | I requested sending my Breach of Resolution Complaint to her office. She gave me permission. | NA |
| 12/07/2004 | **OEO-DOI Wash, DC** | **Cheryl Riley** | Cert Ltr | **Filed Breach of Resolution and retaliation complaints against Cindy, Thayer, and Rex by certified mail to DOI Wash, D.C. I never got a response on this** | No Response |
| 12/14/2004 | OEO-DOI Wash, DC | Cheryl Riley | Cert Ltr | Sent email to Tess w/ my complaints against Cindy, Thayer, & Rex for retaliation and hostile workplace. I requested her help. | No Response |
| 12/17/2004 | Maria Ramirez | Cheryl Riley | In person | I went upstairs to lodge complaints against Thayer, Rex, and Cindy for discrimination, harassment, retaliation, and hostile workplace. Maria was acting for area mgr Jim Cherry. | |
| 12/17/2004 | Judy Colvert EEO Dept DOI Wash, D.C. | Cheryl Riley | Ph Call | Contacted Judy Colvert EEO Counselor DOI in Wash, D.C. regarding Breach, Retaliation, and work accident injuries. | Yes |
| 12/20/2004 | Cheryl Riley | Judy Colvert | Ph Call | Judy called me back to discuss issues more and suggest I contact Lorraine Bobian in Denver, CO Gave me her number. | No Response after this |
| 12/22/2004 | Judy Colvert EEO Dept DOI Wash, D.C. | Cheryl Riley | Fax | Followed up contact with EEO Counselor DOI in Wash, D.C. provided info regarding Breach, Retaliation, and work accident injuries w/copy of Dec. 7 ltr. | No Response |

| Date | To | From | Method | Description | Response |
|---|---|---|---|---|---|
| 12/22/2004 | Lorraine Bobian EEO Denver, | Cheryl Riley | Fax | Copy of above to Lorraine Bobian, Denver, CO as advised w/copy of Dec. & ltr | No Response |
| 12/31/2004 | OEO-DOI Wash, DC | Cheryl Riley | Cert Ltr | Sent ltr to followup my complaints against Cindy, Thayer, & Rex for retaliation and hostile workplace. I requested help. | |
| 01/03/2005 | Judy Colvert OEO DOI Wash | Cheryl Riley | Fax | I faxed Judy my 12/31/04 cert ltr re Cindy, Thayer and Rex discrimination & retaliation. copy to Lorraine Bobian BOR-Denver | |
| 01/03/2005 | Lorraine Bobian BOR-Denver | Cheryl Riley | Fax | I faxed Lorraine my 12/31/04 cert ltr re Cindy, Thayer and Rex discrimination & retaliation. copy to Judy Colvert OEO-DOI Wash, DC | |
| 01/04/2005-01/05/2005 | Lorraine Bobian | Cheryl Riley | Ph call | I spoke with Lorraine Bobian about Tess & Janel She told me Tess acted wrong helping create the 2nd resolution. I requested help to file complaint. | |
| 01/13/2005 | Cheryl Riley | Karen Megorden | Cert Ltr dated 01/13/2005 | Rec'd Agency decision on my claim of Breach of Resolution Agmt. They stated no breach. | |
| 01/19/2005 | EEOC, Wash,DC | Cheryl Riley | Ph call/ Fax | I filed complaint w/ EEOC for Breach of Resolution Agmt | Yes |
| 01/27/2005 | EEO Mgr Janel Potuchek LCR | Cheryl Riley | Email | Notified EEO Mgr I was filing the 2 complaints by email so she was immediately aware cert ltrs in mail | Yes |
| 01/27/2004 | EEO Mgr LCR | Cheryl Riley | Cert Ltr | I filed timely complaints against Cindy and Thayer for retaliation and hostile workplace | |
| 02/04/2005 | Cheryl Riley | Janel Potuchek | Email | Rec'd notice that EEO Mgr was contracting an EEO counselor for my complaints of retaliation and hostile workplace against Thayer and Cindy. | |
| 02/10/2005 | Cheryl Riley | Maryann Cantor | Ph call | EEO contractor called to set up interview time. | Yes |
| 02/14/2005 | Cheryl Riley | Maryann Cantor | Ph call | EEO interview w/contractor for my EEO complaints race, gender, retaliation, hostile workplace against Thayer and Cindy I filed ltrs on 12/7/04, 12/22/04, cert ltr 12/31/04, & 1/27/2005. | Yes |
| 02/18/2005 | Sharon Eller Director OEO Wash DC | Cheryl Riley | Cert Ltr | I filed EEO complaints against Tess Yiamarelos and Janel Potuchek.(I first became aware on 12/23/2004, my first contact regarding this issue was 01/04/2005) | |
| 02/24/2005 | Cheryl Riley | Maryann Cantor | Ph Call | EEO counselor called me to let me know that she had done investigation with Cindy and Thayer. No results, they would not agree to settlement. She would send me Notice of Final Interview. | Yes |

| Date | From | To | Type | Description | Filed |
|---|---|---|---|---|---|
| 03/16/2005 (dated 03/09/05) | Cheryl Riley | Alton Jordan Complaint Mgr DOI | Ltr dated 03/09/2005 | From Office of the Secretary. Referenced my letter 'rec'd' by them on 03/02/2005, so probably my complaint against Tess and Janel. He sent a cc to BOR but didn't say which or where. | |
| 03/10/2005 | Karen Megorden BOR Denver | Cheryl Riley | Cert Ltr | Ltr from Alton Jordan DOI indicated complaint was sent to BOR so I wrote ltr to provide BOR with my complaint issues. I requested my EEO be processed outside of BOR due to problem I suspected between Tess and Janel and Yuma Mgmt | |
| 03/19/2005 | Cheryl Riley | Maryann Cantor | Cert Mail | I rec'd Notice of Final Interview and Right to File from EEO counselor contractor Maryann Cantor. I had 15 days to file. | |
| 03/25/2005 (dated 03/23/05) | Cheryl Riley | Karen Megorden BOR Denver | Cert Ltr dated 03/23/2005 | Stating that they rec'd my complaint of 02/18/2005, that I had not brought it to the attention of an EEO counselor so they were providing a contractor, Sonya Johnson, to do the pre-complaint counseling. 03/31/2005 interview w/Sonya Johnson. (I did contact a counselor on 1/4-5/2005) | |
| 03/25/2005-05/04/2005 | Cheryl Riley | Sonya Johnson | Ph Call | EEO counselor contracted by BOR Denver contacted me to set up interview to do pre-complaint counseling. She followed up w/Email on 03/27/2005. | |
| 04/02/2005 | Karen Megorden Mgr Div. EO BOR Denver,CO | Cheryl Riley | Cert mail | I timely filed my formal complaint of race, gender, retaliation and hostile workplace. | Yes |
| 04/04/2005 | Sonya Johnson | Cheryl Riley | Fax | Interview Info provided EEO counselor on my complaint against Tess & Janel. During this time I told her Reclamation had retaliated against me by terminating me. | |
| 04/10/2005 | Cheryl Riley | Janel Potuchek | Cert Mail dated 04/07/2005 | I rec'd the EEO counselor, Maryann Cantor's report from Janel Potuchek. The dates she shows are wrong for the 45 day rule. She shows last incident as 12/04/2004, which was a Sat. The day Rex assaulted me at the party but the last incident of retaliation by Cindy was 12/16/2004 (40days), when she refused my plea to not assign me back to work for Rex, the man harassing me. The last incident of retaliation by Thayer was 12/17/2004 (39days), when he refused to allow me to go to my doctor for the work accident and tried to make it seem like I was lying about being injured. The OWCP coordinator had to intervene so I could get to my doctor. Thayer retaliated when he refused me my rights under FECA to see my own doctor. Whenever Rex passing by my cubicle every day making grunting noises was constant harassment through 12/20/2004, (36 days) the day I left. | |

| | | | | | |
|---|---|---|---|---|---|
| 05/04/2005 | Cheryl Riley | Sonya Johnson | Cert Mail | Tess & Janel denied my claims no remedy. Sending NOFI & Right to File | |
| 05/05/2005 | Lorraine Bobian | Cheryl Riley | Ph Call | I called & told her Thayer & Cindy retaliated against me by terminating me and asked for help. | |
| 06/11/2005 | Lorraine Bobian BOR Denver | Cheryl Riley | Cert Mail | I filed complaint for retaliation for terminating me from my job. I filed with Denver because I had several times requested that another EEO office besides LCR process my complaints. | |
| 07/24/2005 | Cheryl Riley | Lorrain Bobian EEO Counselor BOR Denver | Cert Mail dated 07/22/2005 | Ltr Receipt of my formal EEO complaint of 04/02/2005. Assigned Docket No. WBR-05-037. It took them 111 days to acknowledge receiving my complaint. | No Response until 02/27/2006 |
| 09/09/2005 | Cheryl Riley | Marcella Guerra EEO-LCR | Cert Mail | Letter stating they had my complaint I filed w/Denver on 06/11/2005, but I had requested not to go through LCR EEO office. | |
| 01/19/2006 | Thais Mootz EEOC - OFO Wash DC | Cheryl Riley | Cert Mail & Fax | I appealed EEOC ruling and 2nd final agency decision. | |
| 02/27/2006 dated 02/24/2006 | **Cheryl Riley** | **Delia Trimble Dep Director Offc Civil Rgts Wash DC** | **Cert Ltr dated 02/24/2006** | **Telling me that they dismissed my formal complaint filed 04/02/2004. This must be because they used the wrong date to calculate the 45 day rule. It took them 328 days since I filed my complaint to send me this.** | |
| 06/06/2006 | Cheryl Riley | EEOC Wash.DC | Cert Ltr | Notification that I won my appeal for breach of resolution agrmt | |
| 06/30/2006 dated 06/27/2006 | Cheryl Riley | Marcella Guerra EEO-LCR | Cert Ltr dated 06/26/2006 | Rec'd NOFI and Right to File Formal Complaint on my original EEO complaint from 08/2004. | |
| 07/14/2006 | Marcella Guerra EEO LCR | Cheryl Riley | Cert Ltr | I filed a formal complaint of my original EEO complaint of 08/2004, with DI-1892. I requested more time to provide the support documents. | |
| 07/28/2006 dated 07/24/2006 | Cheryl Riley | Marcella Guerra EEO-LCR | Cert Ltr | Ltr acknowledging they received my formal complaint. Assigned Docket No. WBR-06-028. Also approved my request for additional time to provide the support documentation to my DI-1892 | |
| 08/06/2006 | Marcella Guerra | Cheryl Riley | Cert Ltr | I sent my completed documentation for my formal complaint | |
| 08/16/2006 | Cheryl Riley | Marcella Guerra | Cert Ltr | Ltr acknowledging full receipt of my filing a formal complaint | |

| | | | | |
|---|---|---|---|---|
| 08/31/2006 | Cheryl Riley | Marcella Guerra EEO-LCR | Cert Ltr & binder | Ltr with EEO Counselor's report. The dates for last incident and 45th day are wrong. Should be: Cindy 09/16/2004 & 10/31/2004; Thayer 09/17/2004 & 11/1/2004; Rex 09/09/2004 & 11/04/2004. |
| 09/08/2006 | U.S. Dist Court Phoenix | Cheryl Riley | Legal Filing | I filed EEO lawsuit against Secretary - DOI |
| 09/11/2006-09/19/2006 | Cheryl Riley | Marti Martinez EEO Counselor contractor LCR | Ph Calls & emails | Contractor hired by LCR to do EEO pre-complaint counseling. During interview I learned that the dates and accepted complaints the agency had listed were wrong. Ms. Martinez advised me to send her an email stating this. |
| 09/19/2006 | Marti Martinez EEO Counselor contractor LCR | Cheryl Riley | Email | Email to Ms. Martinez stating that I was refusing to participate in the EEO interview due to the dates of my complaints and the description of my complaints being wrongly stated. |
| 10/08/2006 | Marti Martinez | Cheryl Riley | Email | Notice that she would be communicating w/my atty. |