**EXHIBIT "E"**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl J. Riley, )<br>)<br>　　　　Plaintiff, )<br>)<br>VS. )<br>)<br>Dirk Kempthorne, )<br>Secretary, United States )<br>Department of Interior, )<br>)<br>　　　　Defendants. )<br>_____) | CV06-2160-PHX-SRB |

DEPOSITION OF KIMBERLY GARVEY
(TELEPHONIC)

Phoenix, Arizona
January 28, 2008

By: Terese M. Heisig/RPR, CSR, CPE
Certified Court Reporter
Certification Number 50378

(Copy)



PHOENIX DEPOSITION REPORTERS & VIDEOCONFERENCING

```
 1        Q.    What do you mean by that?
 2        A.    I mean, that neither of them had a tone of
 3   voice that made me think that everything was -- that the
 4   conversation was going smoothly.
 5        Q.    Describe the tone of voice of Rex Wahl.
 6        A.    Condescending.
 7        Q.    In what way was it condescending?
 8        A.    I'm not sure I understand how to describe
 9   that behavior.
10        Q.    It is really sort of about using your
11   recollections to paint a mental picture for us, and I
12   know it is something you've never done before, but, and
13   I'm not going to give you advice on how to respond to
14   deposition questions, but it is akin to describing your
15   favorite movie to somebody and describing the details of
16   a scene and what you recall seeing and what you recall
17   hearing and what you recall feeling at the time.
18              So in that context, when Cindy Hoeft asked
19   you about the interactions between Ms. Riley and
20   Mr. Wahl, you informed her, as you said, that you didn't
21   think it was productive, and that you didn't think it
22   was productive, in part, because Mr. Wahl was speaking
23   in a condescending manner about Ms. Riley; correct?
24              MS. HIRNEISEN:  Form.  That is not what she
25   said.
```

1      THE WITNESS: No, not speaking about
2  Ms. Riley, speaking to her.
3      Q.   BY MR. CONLEY: I apologize, speaking in a
4  condescending manner toward Ms. Riley; correct?
5      A.   Correct.
6      Q.   Okay. What does that mean to you, speaking
7  in a condescending manner?
8      A.   Speaking as if you are better than somebody
9  else.
10     Q.   So describe it. Describe what he was doing.
11     A.   Well, I'm just trying to collect my thoughts
12 here. Both of them were very defensive and Rex was not
13 a good -- was not as good of a face-to-face communicator
14 as would be hoped. I mean, what I would sum it up to,
15 their communication styles were different.
16     Q.   I'm not really looking for you to sum it up.
17 I'm --
18     A.   I can't describe it any better than that. I
19 don't -- I mean, you are talking about something that
20 happened four years ago. I mean, specifically one
21 instance I can recall, I believe Cheryl went to Rex for
22 help, and she said he didn't have time to do it and she
23 pushed back on him, well, when are you going to have
24 time to do it? These are not word-for-word, but that
25 was the basis of the conversation. I mean, it wasn't --

1      Q.    BY MR. CONLEY: Everybody who was in the room
2 before is back in the room with us. Just a couple more
3 questions.
4           During the conversation you had with
5 Cindy Hoeft that we were discussing earlier where you
6 told her that you believed that Mr. Wahl and Ms. Riley
7 were engaging in unproductive communication, do you
8 recall telling her that you thought that Rex Wahl's
9 conduct toward Cheryl Riley was inappropriate?
10     A.    If I said anything, I believe it was that
11 both of their conducts were inappropriate, but
12 "unprofessional" is a better term.
13     Q.    Do you recall saying to Cindy Hoeft that if
14 you were Cheryl, you wouldn't have put up with the way
15 that Rex treated her?
16     A.    I don't recall, but that is something like I
17 might say.
18     Q.    Why might you have said that?
19     A.    Because I'm -- I confront conflict.
20     Q.    Do you, based upon your impressions from
21 working with Rex Wahl on a daily basis, believe that he
22 treated men and women the same in the office?
23     A.    No.
24     Q.    In which -- in what way did he treat men and
25 women differently in the office?

1  questions, because that seemed to elicit the type of
2  response I was looking for.
3       Q.   Did he speak to Thayer Broili in a
4  condescending manner?
5       A.   No.
6       Q.   Did he speak to Ron Curiel in a condescending
7  manner?
8       A.   I don't recall.  Thayer was our boss.  It
9  doesn't behoove anybody to speak to their boss that way.
10      Q.   Did you ever complain to anybody that Rex
11 Wahl spoke to you in a condescending manner?
12      A.   I did.
13      Q.   To who?
14      A.   Other people in the office.
15      Q.   Who?
16      A.   Do I have to answer this question, Jill?
17           MS. HIRNEISEN:  Yup.
18           THE WITNESS:  Peggy Haren.
19      Q.   BY MR. CONLEY:  Who is Peggy Haren?
20      A.   She is the land supervisor of the land team
21 also working -- she worked for Cindy.  She was, like,
22 Thayer's equivalent.
23      Q.   And what did you tell Peggy Haren?
24      A.   You are going to have to be more specific.
25      Q.   What did you tell Peggy Haren about Rex Wahl

1  speaking to you in a condescending manner?
2      A.   That it was frustrating and I didn't like it.
3  And I probably asked for her advice.
4      Q.   Do you know what she told you, if anything?
5      A.   Probably what she told me was figure out a
6  way that works.
7      Q.   Did you ever file an EEO complaint against
8  Mr. Wahl because of his speaking to you in a
9  condescending manner?
10     A.   No.  I did not view it as discrimination.
11     Q.   Did you ever -- have you ever filed an EEO
12 complaint?
13     A.   No.  I'm not sure that is relevant, though.
14     Q.   Did you ever see Thayer Broili treat women
15 different than men while you were working at the Yuma
16 area office?
17     A.   No.
18         MR. CONLEY:  That is all I've got.
19         MS. HIRNEISEN:  I have just a couple of quick
20 things.
21
22                        EXAMINATION
23 BY MS. HIRNEISEN:
24     Q.   Kim, can you hear me?
25     A.   Just barely.