**EXHIBIT "G"**



# United States Department of the Interior

BUREAU OF RECLAMATION
Yuma Area Office
7301 Calle Agua Salada
Yuma, Arizona 85364



IN REPLY REFER TO
YAO-7000
PER-17.10

APR 2 6 2005

CERTIFIED - RETURN RECEIPT REQUESTED (7004 1160 0002 5652 1710)

**ADMINISTRATIVELY RESTRICTED**

Ms. Cheryl Riley
1562 West 15th Street
Yuma, AZ  85364

Dear Ms. Riley:

In a letter dated March 25, 2005, Mr. Thayer Broili, Environmental & Hazardous Materials Group Manager, proposed that you be removed from your position and from the Federal service. The proposal was based upon your inability to perform the essential functions of your assigned position of Natural Resource Specialist.

You were notified that you had a right to reply to the proposal within fifteen days from the date you received it. You were advised that you could have requested additional time, if necessary, to reply to the proposal. You were also advised to direct your replies to me within the fifteen day time limit. If you had questions or concerns about the reasons for the proposal or other personnel matters, you were given the names and telephone numbers of the regional Human Resources Specialists who are available to assist you.

As of April 25, 2005, you had not made any reply to me on the proposed action against you. I have carefully reviewed the proposal letter, the evidence relied upon in support of the proposal, and all of the information available to me in this case. Your lengthy absences are not a condition that management can accommodate permanently. An essential element of any government job is an ability to appear for work and to complete tasks within a reasonable period of time. A regular and reliable level of attendance is a necessary component of most jobs, including yours. We have temporarily accommodated your medical condition to the best of our ability so you could seek treatment. However, the mission of the team cannot be accomplished without a Natural Resource Specialist who can report to duty and be ready, willing, and able to complete work on a regular basis.

My decision is that the reason and specification are sustained. I find the proposal is fully supported and warrants your non-disciplinary removal. Therefore, you will be removed from your position effective April 29, 2005. This action is in accordance with the provisions of 5 U.S.C. Chapter 75 and is for such cause as will promote the efficiency of the service. It is not disciplinary in nature.

**Riley 0246**

This action creates an opportunity for you to submit an application for disability retirement based upon your medical condition and your inability to perform your present duties.  Your application will be reviewed and a final determination made by the Office of Personnel Management.  If you are interested in pursuing this option, please contact Ms. Edee Rissetto at 702-293-8157.

You have the right to choose to appeal this action in one of the following two avenues:

(1)     You may grieve this action in accordance with the provisions of Article 10 of the Negotiated Labor Agreement with the National Federation of Federal Employees, Local 1487; or

(2)     You may appeal this action to the Merit Systems Protection Board (MSPB).  If you choose to appeal this action to MSPB, you must do so within 30 calendar days of the effective date of the action. The appeal must be delivered to the Chief Administrative Judge, Denver Field Office, 165 South Union Boulevard, Suite 318, Lakewood, CO 80228, Fax:  303-969-5109.  Your appeal must be in writing, stating the reasons you feel your removal is not warranted.  You may submit any evidence you feel necessary to support your appeal.  The MSPB guidelines for submission of an appeal and the MSPB Appeal Form are enclosed with this letter.  As an alternative, you may file an MSPB appeal electronically.  For information on electronic filing, you can visit the MSPB website at www.mspb.gov.

You may elect either the MSPB appeal procedure or the negotiated grievance procedure, but not both.  Your choice of appeal procedure is final.  Standard Form 50 effecting your removal will be forwarded to you when available.

Please call me at 343-8215 to make arrangements to return your government issued card key, identification card, MasterCard, calling card, cellular telephone, pocket·PC, and any other items you may still have in your possession.

Sincerely,

Cynthia Hoeft, Director
Resource Management Office

Enclosure

cc:  Regional Director, Boulder City, NV
        Attn:  LC-5120 (Rissetto), LC-5220 (Ruhnau) (w/o encl to ea)

Riley 0247