**EXHIBIT "H"**



# United States Department of the Interior

BUREAU OF RECLAMATION
Yuma Area Office
7301 Calle Agua Salada
Yuma, Arizona 85364



TAKE PRIDE®
IN AMERICA

IN REPLY REFER TO:

YAO 7200
PER 17.10

MAR 2 5 2005

**Administratively Restricted**

Ms. Cheryl Riley
1562 West 15th Street
Yuma, AZ  85364

Dear Ms. Riley:

The purpose of this letter is to notify you that I am proposing a non-disciplinary action to remove you from your position of Natural Resource Specialist and from the Federal service for your inability to perform the essential functions of your assigned position.  This action is proposed under the authority of 5 USC Chapter 75.  This action will become effective no earlier than 30 calendar days from the date you receive this notice.

This proposed removal is based upon the following:

**Reason:**  Medical inability to perform the essential functions of the position of Natural Resource Specialist.

**Specification:**  You submitted medical documentation to me dated January 4, 2005, in which your doctor indicated that you will be treated for a medical condition that has rendered you completely incapacitated for duty.  The note indicated that you were to be off work until at least the end of June 2005.  The most recent information we have received (telephone conversation with Nurse David White) indicates that the actual date of possible return to work is questionable and may extend beyond the end of June. Additionally, in a conversation between you and Ms. Cherie Jones on March 10, 2005, you stated that you had no intention of returning to work for at least six more months due to upcoming surgery and recovery.  Since the beginning of December, you have

Riley 0243

used 27 hours of sick leave and 540 hours of COP/OWCP (through March 25, 2005). There is no prognosis to indicate that you will be able to report for work and to complete your assigned tasks within a reasonable period of time.

This action is necessary to promote the efficiency of the service. This proposed action is not disciplinary in nature. It is proposed because of your inability to perform the essential duties and responsibilities of your position due to your medical condition. The results of your condition render you unable to perform your duties with or without reasonable accommodation. An essential element of any government job is an ability to appear for work and to complete tasks within a reasonable period of time. A regular and reliable level of attendance is a necessary component of most jobs, including yours. We have temporarily accommodated your medical condition by granting you liberal leave to seek treatment. However, this accommodation was made temporarily based upon workload considerations. We cannot accomplish the mission of our group without a Natural Resource Specialist who can report to duty and be ready, willing and/or able to complete work on a regular basis. Management cannot continue to allow you to occupy a position in which you will not be able to perform in the foreseeable future. Some degree of regular, predictable attendance is fundamental to the position of Natural Resource Specialist.

You have the right to reply to this notice, orally, in writing, or both to Ms. Cindy Hoeft, Resource Management Office Director, within fifteen days of the date you receive this notice. You may submit affidavits and statements in support of your reply, or any other documentation you feel is relevant. You will be allowed official time not to exceed four hours to secure affidavits, review the material relied upon to support this proposed action, and prepare and present a reply. Arrangements for the use of official time must be made with me in advance. If you need more time to reply to this notice, consideration will be given to extending the reply period if you present a written request to Ms. Hoeft showing sufficient reasons why an extension is necessary. Otherwise, all correspondence, including a written reply, should be directed to Ms. Hoeft within the fifteen day limit as mentioned above.

The final decision to effect this proposed action has not been made. Ms. Hoeft will make the final decision after giving your reply full and impartial consideration, or after expiration of the time period allowed for a reply, if you do not make one.

You will be notified in writing of the final decision. This action will not have an effect upon any entitlement you may have to benefits in accordance with OWCP regulations.

You may be eligible to apply for a disability retirement based upon your medical condition and your inability to perform your present duties. The final determination will be made by the Office of Personnel Management (OPM). If you would like more information about this process, please contact Ms. Edee Rissetto at 702-293-8157.

If you do not understand the reasons for this proposed action or need additional information, you may contact Ms. Sally Ruhnau, Human Resources Specialist, for further explanation. She can be reached at 702-293-8462.

Please acknowledge receipt of this notice by signing the copy provided and returning it to me in the envelope provided.

Sincerely,

Thayer Broili
Manager, Environmental &
    Hazardous Materials Group

Enclosures - 2


I acknowledge receipt of this Notice of Proposed Removal.

_____     _____
Cheryl Riley                       Date

cc: Regional Director, Boulder City, NV
       Attn: LC-5221 (Ruhnau), LC-5120 (Rissetto)