**EXHIBIT "I"**

# Mft Services
## Yuma, Arizona

Rod Nelson, PhD, Licensed Marriage and Family Therapist/Psychotherapist/Forensic Interviewer

ASSESSMENT and TREATMENT REPORT

| | |
|---|---|
| CLIENT NAME: | RILEY, Cheryl J. |
| DATE OF BIRTH: | September 25, 1951 |
| INITIAL SESSION | October 25, 2006 |
| DATE OF REPORT: | January 17, 2007 |

CURRENT SYMPTOMS:
  Apprehensive Expectation and Avoidance, Excessive Worry
  Intrusive Worry Causing Traumatic Events
  Poor Concentration, Impaired Function – Work Environment, Home and Self Care
  Fatigue
  Avoidance of associated events cues
  Emotional Numbing
  Physical Pain – Right & Left Shoulders, Left knee and both Arms
  Disturbances of Sleep Patterns
  Avoidance of stimuli associated with trauma.
    Anxiety, Worry and Depressed Moods
  Exaggerated Startle Response

DIAGNOSIS:

| AXIS I | 309.81 | Post Traumatic Stress Disorder |
|---|---|---|
| AXIS II | 309.28 | Adjustment Disorder with Mixed Anxiety and Depressed Mood |
| AXIS III | Chronic pain in both hands, arms, knee, neck and headaches. | |
| AXIS IV | Psychosocial Stressors: | |

Fear and anxiety reaction, accompanied by excessive worry, Panic and anxiety as a result over implementation of preventive and treatment measures to nullify work environmental dispute. Physical pain associated with injuries experienced while on the job and work environment response was to belittle and/or dismiss, Ms. Riley for complaining about pain levels. Work environment required stress cause

Mft Services, 1405 West 16ᵗʰ Street, Yuma, Arizona   85364      (928) 329-1427   FAX (928) 329-1453

Riley 0452

COPY

page 2/riley, c.j.

DIAGNOSIS (continued):

by continuation of work environment, work supervision and apparent lack of concern demonstrated by departmental supervision.   Performance and stress anxiety reactions in personal, social and professional relationships.   Fear of reprisals from supervisory staff within work environment.

AXIS V   Current GAF:  60      Past Year GAF:   60        GAF Prior to 2006:   85

OPINION AND ASSESSMENT:

It is my opinion that Ms. Cheryl J. Riley is suffering from a Post Traumatic Stress Disorder (PTSD) due her work environment.   The levels of required stress cause by continual work related conflicts and the environmental stress levels caused, are the primary triggers for her post traumatic reactions.   Ms. Riley demonstrated addition PTSD reactions, as a result job/work place supervision and apparent lack of concern demonstrated by departmental supervision.   Ms. Riley has been affected by these reactions impacting her performance and stress anxiety reactions in her personal, social and professional relationships.   Ms. Riley has and presently does experience fear of reprisals from supervisory staff within her previous work environment.      It is also my opinion that the anxiety and panic reaction triggers a level of panic that came be emotionally disabling to Ms. Riley, which ignites into her post traumatic stress disorder.   Ms. Riley's triggers of the post traumatic stress reaction, are the result of her multi-levels of work related relationships that were mentally and emotionally destructive in her life.   It is further my opinion that the present proceeders of determining her disability evokes in Ms. Riley mental and/or emotional "meltdowns".   The genesis of Ms. Riley's meltdowns are the memories that cause her emotional numbing, due to her having to relive and rehash the events of her work environment and she experience an avoidance of associated events of the past through the present cues of her primary triggers of her post traumatic reactions.   Ms. Riley does demonstrated addition PTSD reactions, as a result job/work place supervision and apparent lack of concern demonstrated by departmental supervision.

It is my opinion that Ms. Riley's present reactions to her work realities created a mental and emotional environment that leaves her unable to relax, creating a startle reactions that to Ms. Riley is highly charged and physically weaken. Ms. Riley's attempts to corrected and overcome her resentment and angers, resulted in her mental physcial and emotional stress reactions.      Ms. Riley is experiencing periods of poor concentration and short-term memory loss, she finds it difficult to perform simple tasks without stopping to rest and to recover physically.   Ms. Riley, due to her nervous reaction has experienced physically and medically complications to her health.    For these reasons it is my opinion that Ms. Riley can not resume any form of scheduled work.



**Riley 0453**

page 3/riley, c.j.

**PROGNOSIS:**

My prognosis for Ms. Cheryl Riley to continue in her present levels of stress due her PTSD, is poor. I believe that Ms. Riley is desirous to understand the reasons for her post traumatic reaction and to heal herself through intervention and to receive treatment for her anxieties and to learn to control and eliminate her post traumatic stress reaction.

RODNEY R. NELSON, PhD
Licensed Marriage and Family Therapist
Psychotherapist/Forensic Interviewer



Riley 0454