**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES - GENERAL**

Phoenix Division

**CIV** __06__ / __2160__ / __SRB__   DATE: __June 14, 2011__
     Year   Case No   Initials

Title: __Cheryl J. Riley__   vs. __Kenneth Lee Salazar__

_____ vs. _____
         Plaintiff                           Defendant
================================================================

HON: __Edward C. Voss__                    Judge #__70BO__

     __Phylis Durbin__                  __CourtSmart__
      Deputy Clerk                       Court ECR

**Attorney(s) for Plaintiff(s)**      **Attorney(s) for Defendant(s)**

   Pro Se                                 Peter Lantka

                                          Michael Walker

================================================================
**PROCEEDINGS:**    __X__ Open Court    __X__ Chambers    _____ Other

This is the time set for settlement conference.

Present: Plaintiff appearing pro se; Peter Lantka and Michael Walker with Kenneth Lee Salazar, Secretary, United States Department of Interior's representative.

Settlement conference is held.

Settlement is reached and placed on the record.

Defendant's counsel is to prepare a mutual release and submit to the Honorable Susan R. Bolton, within thirty (30) days from this date, a stipulation and order of dismissal.

                                        Court Time: 2 hrs. 10 min.